# **Exhibit D**

Sale Notice
(Publication Version)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Böwe Systec, Inc., et al.,[1] | Case No.: 11-_____ ( ) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS

1. On April 18, 2011, each of the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Pursuant to the *Order (A) Approving Bidding Procedures, and (B) Approving the Form and Manner of Notices Thereof* (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on _____, 2011, the Debtors are selling substantially all of their assets (the "Assets") related to the Debtors' business free and clear of all liens, claims, encumbrances and interests to the fullest extent allowable under the Bankruptcy Code and assuming and assigning certain executory contracts and unexpired leases. Capitalized terms not otherwise defined herein shall have the meaning given to them in the bidding procedures approved as part of the Bidding Procedures Order.

2. All documents filed with the Bankruptcy Court in connection with these chapter 11 cases and the proposed Sale, including the Bidding Procedures Order, the terms and conditions of the proposed Sale and the date, time and place of the Auction, are available by accessing the Court's docket, https://ecf.deb.uscourts.gov, or by calling the Debtors' claims and noticing agent, The Garden City Group, Inc. at 1-800-327-3664.

3. Any person that wishes to participate in the bidding process must deliver (unless previously delivered) the Required Bid Materials set forth in the Bidding Procedures to the Debtors at the following addresses: (i) the Debtors, Bowe Bell + Howell Holdings, Inc., 760 S. Wolf Road, Wheeling, Illinois 60090 (Attn: Oliver Bialowons); (ii) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (iii) investment banker to the Debtors, Lazard Middle Markets, 11 West 42nd Street, New York, New York 10036 (Attn: Andrew Torgove); (iv) counsel to the Purchasers, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: David L. Eaton and James A. Stempel) (provided,

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

however, that confidential information with respect to Financing Sources need not be provided to the Purchasers); and (vi) counsel to the Creditors Committee [ ], (Attn: [ ] Esq.), not later than 5:00 p.m. (prevailing Central Time) on **[DATE]**, 2011 (the "Bid Deadline").

4. If a Qualified Bid, other than that submitted by the Purchasers, has been received by the Debtors, the Debtors may conduct an auction (the "Auction") with respect to all or some of the Assets. The Auction shall be conducted at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 at 10:00 a.m. (prevailing Eastern Time) on **[DATE]**, 2011, or such other place and time as the Debtors shall notify all Qualified Bidders who have submitted Qualified Bids and expressed their intent to participate in the Auction as set forth above.

5. A hearing to approve the Sale (the "Sale Hearing") to the Highest and Best Bidder will be held at __:__ .m. (prevailing Eastern Time) on **[DATE]**, 2011 unless otherwise continued pursuant to the terms of the Bidding Procedures. The Sale Hearing will be held before the Honorable [INSERT], United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, ___ Floor, Courtroom ___, Wilmington, Delaware 19801. Objections, if any, to any Sale must be filed by _____ __, 2011 at 4:00 p.m. (prevailing Eastern Time) (the "Sale Objection Deadline"). At the same time, you must also serve a copy of the objection, so as to be received by the Sale Objection Deadline, on: (i) the Debtors' counsel, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.); (ii) the Debtors, Böwe Bell + Howell Holdings, Inc., 760 S. Wolf Road, Wheeling, Illinois 60090 (Attn: Oliver Bialowons); (iii) the counsel for the Official Committee of Unsecured Creditors, _____ (Attn: _____); (iv) counsel to the Purchasers, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: David L. Eaton and James A. Stempel); and (v) all other parties that have requested notice in these cases.

6. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

> Mark D. Collins (No. 2981)
> Michael J. Merchant (No. 3854)
> Drew G. Sloan (No. 5069)
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 651-7700
> Facsimile: (302) 651-7701
> *Proposed Attorneys for Debtors and Debtors in Possession*