# EXHIBIT C

**6-Week Budget**

## Bell & Howell

**US DIP BUDGET - DRAFT**

($000)

|  | | Post - Filing | | | | Anticipated Close --> | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | **15-Apr** EST | **22-Apr** FCST | **29-Apr** FCST | **6-May** FCST | **13-May** FCST | **20-May** FCST | **27-May** FCST | **3-Jun** FCST | **Total** Pre Close | **Notes** |
| **US** | | | | | | | | | | |
| PMA/SMA Collections | 3,733 | 2,202 | 2,202 | 2,090 | 3,881 | 1,216 | 1,216 | 1,203 | 14,010 | 5 |
| Other Collections | | | | | | | | | | |
| Equipment/Clicks | 1,350 | 883 | 883 | 787 | 787 | 960 | 960 | 775 | 6,034 | 1, 5 |
| Service/Logistics | 231 | 395 | 395 | 225 | 225 | 240 | 240 | 217 | 1,938 | 5 |
| Postal | 0 | 0 | 25 | 125 | 0 | 0 | 19 | 0 | 169 | 5 |
| BCC | 430 | 183 | 183 | 536 | 536 | 283 | 283 | 250 | 2,254 | 5 |
| Bowe | 0 | 0 | 388 | 0 | 0 | 0 | 0 | 0 | 388 | 5 |
| Total Other Collections | 2,011 | 1,461 | 1,874 | 1,674 | 1,549 | 1,482 | 1,501 | 1,242 | 10,782 | |
| **Total Collections** | **5,744** | **3,663** | **4,076** | **3,764** | **5,430** | **2,698** | **2,716** | **2,446** | **24,793** | |
| Disbursements: | | | | | | | | | | |
| Payroll | | | | | | | | | | |
| BBH | (4,000) | (300) | 0 | (4,000) | 0 | (4,000) | 0 | (4,000) | (12,300) | 5 |
| Fringes | (630) | (224) | (185) | (448) | (215) | (231) | (185) | (422) | (1,910) | 5 |
| BCC | (267) | 0 | (275) | 0 | (250) | 0 | (275) | 0 | (800) | 5 |
| Total Payroll | (4,897) | (524) | (460) | (4,448) | (465) | (4,231) | (460) | (4,422) | (15,010) | |
| Vendor Payments | | | | | | | | | | |
| Durham & Wheeling Vendor payments | (1,016) | (615) | (694) | (444) | (569) | (444) | (523) | (408) | (3,698) | 5 |
| BCC Vendor Payments | (16) | (148) | (148) | (144) | (144) | (140) | (140) | (57) | (921) | 5 |
| Bowe Parts and Components Payments | (279) | (96) | (96) | (414) | (414) | (414) | (414) | (408) | (2,258) | 5 |
| Total Vendor Payments | (1,311) | (859) | (938) | (1,003) | (1,128) | (998) | (1,077) | (873) | (6,877) | |
| Other Payments | | | | | | | | | | |
| Facility expense | (327) | 0 | (327) | 0 | (709) | 0 | (327) | 0 | (1,364) | 5 |
| Sale and Use Taxes | (379) | (80) | (120) | 0 | (80) | (463) | 0 | 0 | (743) | 5 |
| Travel & Entertainment | (206) | 0 | (226) | 0 | (237) | 0 | (226) | 0 | (690) | 5 |
| Freight | (211) | 0 | (238) | 0 | (248) | 0 | (238) | 0 | (723) | 5 |
| Professional Services | (268) | 0 | (155) | 0 | (574) | 0 | (155) | 0 | (884) | 5 |
| Insurance Payments | | 0 | 0 | (126) | 0 | 0 | 0 | (126) | (252) | 5 |
| Bank Fees | | 0 | 0 | 0 | (12) | 0 | 0 | 0 | (12) | 5 |
| Federal & State Tax payments | | 0 | (480) | 0 | 0 | 0 | 0 | 0 | (480) | 5 |
| All Other Corporate Payments | 0 | 0 | 0 | (750) | 0 | 0 | 400 | 0 | (350) | 6 |
| Miscellaneous Expenses | (163) | (29) | (29) | (174) | (174) | (29) | (29) | (140) | (605) | 5 |
| Total Other Payments | (1,554) | (109) | (1,575) | (1,051) | (2,034) | (492) | (575) | (266) | (6,103) | |
| Restructuring Expenses | | | | | | | | | | |
| Deposits and Court Costs | | (58) | 0 | (200) | 0 | 0 | (100) | (100) | (458) | |
| Debtor's and Committee's Profesional Fees | 0 | 0 | (391) | (60) | (330) | 0 | (441) | (40) | (1,261) | |
| Creditor's Counsel Fees | 0 | 0 | (120) | (400) | 0 | (200) | (120) | 0 | (840) | |
| Total Restructuring Expenses | 0 | (58) | (511) | (660) | (330) | (200) | (661) | (140) | (2,559) | 8 |
| **Total Disbursements US** | **(7,762)** | **(1,550)** | **(3,484)** | **(7,162)** | **(3,957)** | **(5,922)** | **(2,773)** | **(5,701)** | **(30,548)** | |
| **Cash Source / (Use)** | **(2,018)** | **2,113** | **592** | **(3,398)** | **1,472** | **(3,224)** | **(56)** | **(3,255)** | **(5,755)** | |
| Minimum Cash Balance | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | |
| **Beginning Cash Balance** | **5,366** | **2,000** | **500** | **500** | **500** | **500** | **500** | **500** | **2,000** | |
| Cash Source / (Use) | (2,018) | 2,113 | 592 | (3,398) | 1,472 | (3,224) | (56) | (3,255) | (5,755) | |
| Borrowing / (Repayment) | (1,349) | (3,613) | (592) | 3,398 | (1,472) | 3,224 | 56 | 3,255 | 4,255 | |
| **Ending Cash Balance** | **2,000** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | |
| **DEBT SUMMARY** | | | | | | | | | | |
| **Pre-Pepition Debt** | | | | | | | | | | |
| **Beginning Balance** | | | | | | | | | | |
| Term Loan | 72,136 | | | | | | | | | |
| Revolver | 34,000 | | | | | | | | | |
| Total Accrued Interest | 14,857 | | | | | | | | | 4 |
| **Total Beginning Balance** | **120,993** | **119,644** | **115,981** | **111,905** | **108,141** | **102,711** | **100,014** | **97,297** | **119,644** | |
| Interest | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| Borrowing/(Repayment) | (1,349) | (3,663) | (4,076) | (3,764) | (5,430) | (2,698) | (2,716) | (2,446) | (24,793) | 2 |
| **Ending Balance** | **119,644** | **115,981** | **111,905** | **108,141** | **102,711** | **100,014** | **97,297** | **94,851** | **94,851** | |
| **Post-Petition Debt Roll Forward** | | | | | | | | | | |
| **Opening Balance** | | **0** | **148** | **3,806** | **11,000** | **14,957** | **20,879** | **23,826** | **0** | |
| Draw / (Pay down) | | 50 | 3,484 | 7,162 | 3,957 | 5,922 | 2,773 | 5,701 | 29,048 | 3 |
| Lender Fees | | 98 | 175 | 3 | 0 | 0 | 175 | 2 | 453 | |
| Post-Petition Interest | | 0 | 0 | 29 | 0 | 0 | 0 | 171 | 200 | |
| **Ending Balance** | | **148** | **3,806** | **11,000** | **14,957** | **20,879** | **23,826** | **29,701** | **29,701** | |
| Pre-Petition Debt | | 115,981 | 111,905 | 108,141 | 102,711 | 100,014 | 97,297 | 94,851 | 94,851 | |
| Post-Petition Funding | | 148 | 3,806 | 11,000 | 14,957 | 20,879 | 23,826 | 29,701 | 29,701 | |
| Total Debt | 119,644 | 116,129 | 115,711 | 119,141 | 117,668 | 120,892 | 121,124 | 124,553 | 124,553 | |
| Net Increase/(Decrease) in Debt | | (3,515) | (417) | 3,429 | (1,472) | 3,224 | 231 | 3,429 | 4,909 | |
| Cumulative Increase/(Decrease) in Debt | | (3,515) | (3,933) | (503) | (1,976) | 1,248 | 1,480 | 4,909 | 4,909 | |

**Bell & Howell**

US DIP BUDGET - DRAFT

($000)

Notes

1 Includes payments to US company for parts, components and software purchased by Canada Co.
2 Collections pay down the Pre-Petition Debt
3 Funds are borrowed from the DIP to make disbursements.
4 Includes PIK interest of $7.3 million and unpaid cash interest of $7.544 million
5 Based on Company's forecast
6 Includes return of $400 thousand retainer from Chapman and Cutler and $750 thousand payment for retention bonuses to middle management
7 Included in the post-petition interest
8 Per Company projections plus UCC counsel

## Bell & Howell

**CANADA DIP BUDGET - DRAFT**

($000)

|  | | Post - Filing | | | | Anticipated Close --> | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | 15-Apr FCST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | 3-Jun FCST | Total | Notes |
| **Canada** | | | | | | | | | | |
| **Collections** | 336 | 226 | 226 | 251 | 251 | 320 | 320 | 244 | **1,837** | 1 |
| **Operational Disbursements** | | | | | | | | | | |
| Payroll | (305) | 0 | 0 | (350) | 0 | (350) | 0 | (350) | **(1,050)** | 3 |
| Vendor Payments | (107) | (333) | (421) | (191) | (191) | (223) | (223) | (495) | **(2,077)** | 2 |
| Total Operational Disbursements | (412) | (333) | (421) | (541) | (191) | (573) | (223) | (845) | **(3,127)** | |
| Restructuring Expenses | | | | | | | | | | |
| Deposits and Court Costs | | (35) | 0 | 0 | 0 | 0 | 0 | 0 | **(35)** | |
| Debtor's and Committee's Profesional Fees | 0 | 0 | (160) | (250) | 0 | 0 | (80) | 0 | **(490)** | |
| Lender's Counsel Fees | 0 | 0 | (40) | 0 | 0 | 0 | 0 | 0 | **(40)** | |
| Total Restructuring Expenses | 0 | (35) | (200) | (250) | 0 | 0 | (80) | 0 | **(565)** | 5 |
| **Total Disbursements** | **(412)** | **(368)** | **(621)** | **(791)** | **(191)** | **(573)** | **(303)** | **(845)** | **(3,692)** | |
| **Cash Source / (Use)** | **(76)** | **(142)** | **(395)** | **(540)** | **60** | **(253)** | **17** | **(601)** | **(1,855)** | |
| Min Cash Balance | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | |
| **Beginning Cash Balance** | 1,076 | 1,000 | 832 | 463 | 200 | 200 | 200 | 200 | **1,000** | |
| Cash Source / (Use) | (76) | (142) | (395) | (540) | 60 | (253) | 17 | (601) | **(1,855)** | |
| Borrowing/(repayment) | | (26) | 26 | 277 | (60) | 253 | (17) | 601 | **1,055** | |
| **Ending Cash Balance** | **1,000** | **832** | **463** | **200** | **200** | **200** | **200** | **200** | **200** | |
| **Post - Petition Debt Canada** | | | | | | | | | | |
| **Opening Balance** | | 0 | 0 | 76 | 355 | 295 | 548 | 582 | **0** | |
| Borrowings/(Pay down) | | (26) | 26 | 277 | (60) | 253 | (17) | 601 | **1,055** | 4 |
| Lender Fees | | 26 | 50 | 1 | 0 | 0 | 50 | 1 | **127** | 4 |
| Post-Petition Interest | | 0 | 0 | 1 | 0 | 0 | 0 | 5 | **6** | 4 |
| **Ending Balance** | | **0** | **76** | **355** | **295** | **548** | **582** | **1,188** | **1,188** | |
| Pre-Petition Debt | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **0** | |
| Post-Petition Debt | | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | **1,188** | |
| Total Debt | 0 | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | **1,188** | |
| Net Increase/(Decrease) in Debt | | 0 | 76 | 279 | (60) | 253 | 33 | 607 | **1,188** | |
| Cumulative Increase/(Decrease) in Debt in DIP Period | | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | **1,188** | |

Notes

1 Per company projections
2 Includes payments to US company for parts, components and software purchased by Canada Co.
3 Per Leader Wong
4 Except for close fee, lender fees and interest are non-cash and are not paid in this period
5 Per company projections plus lenders counsel