**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Böwe Systec, Inc., <u>et al.</u>,[1] | ) Case No. 11-11187 (PJW) |
| Debtors. | ) Joint Administration Requested |

**NOTICE OF FILING OF BANKRUPTCY PETITIONS AND RELATED PLEADINGS; NOTICE OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR APRIL 20, 2011 AT 10:30 A.M. (EDT)**

**PLEASE TAKE NOTICE** that on April 18, 2011, the above captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>) filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petitions, the Debtors have filed the following first day motions and related pleadings (the "<u>First Day Motions</u>"):[2]

1. Debtor's Motion for Entry of an Order Directing Joint Administration of their Related Chapter 11 Cases [Docket No. 2 - filed April 18, 2011]

2. Debtors' Motion Pursuant to Section 1505 of the Bankruptcy Code for Authorization of Böwe Bell + Howell International Ltd. to Act as the Foreign Representative of the Debtors [Docket No. 3 - filed April 18, 2011]

3. Debtors' Application for Entry of an Order Appointing The Garden City Group, Inc. as Notice, Claims and Balloting Agent [Docket No. 4 - filed April 18, 2011]

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] Copies of all of the First Day Motions are available at no charge online at the following address: www.gardencitygroup.com/cases/bowe.

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms [Docket No. 5 - filed April 18, 2011]

5. Debtors' Motion for Entry of an Order Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code for Authorization to Pay Prepetition Sales and Use Taxes and Other Charges [Docket No. 6 - filed April 18, 2011]

6. Debtors' Motion for Entry of an Order (A) Authorizing Debtors to Continue Prepetition Insurance Coverage and (B) Authorizing and Directing Financial Institutions to Honor Related Checks and Electronic Payment Requests [Docket No. 7 - filed April 18, 2011]

7. Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 8 - filed April 18, 2011]

8. Debtors' Motion for Entry of an Order Authorizing Payment of Certain Prepetition Common Carrier, Warehouse and Related Obligation [Docket No. 9 - filed April 18, 2011]

9. Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Customer Programs [Docket No. 11 - filed April 18, 2011]

10. Debtors' Motion for Entry of an Order Confirming the Administrative Expense Priority Status of the Debtors' Undisputed Obligations for the Postpetition Delivery of Goods and Services [Docket No. 13 - filed April 18, 2011]

11. Debtors' Motion for Entry of an Order (A) Authorizing, but not Directing, Debtors to Pay Certain Prepetition (I) Wages, Salaries and Other Compensation, (II) Reimbursable Employee Expenses, and (III) Employee Medical and Similar Benefits; and (B) Authorizing and Directing Financial Institutions to Honor all Related Checks and Electronic Payment Requests [Docket No. 14 - filed April 18, 2011]

12. Debtors' Motion For Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) [Docket No. 15 - filed April 18, 2011]

13. Declaration of Michael Wilhelm in Support of First Day Motions [Docket No. 16 - filed April 18, 2011]

14. Declaration of Oliver Bialowons in Support of First Day Motions [Docket No. 17 - filed April 18, 2011]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **April 20, 2011 at 10:30 a.m. (EDT)** at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, before The Honorable Peter J. Walsh.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated: April 19, 2011
Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
*Proposed Attorneys for the Debtors and Debtors-in-Possession*