ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Holdings, Inc., | ) | Case No. 11-11186 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-4469926 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BBH, Inc., | ) | Case No. 11-11188 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-4469928 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Company, | ) | Case No. 11-11189 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-3580100 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell Postal Systems Company, | ) | Case No. 11-11190 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-3854944 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Systec, Inc., | ) | Case No. 11-11187 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 11-2511423 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BCC Software, Inc., | ) | Case No. 11-11191 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 36-3113481 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Bell + Howell International Ltd., | ) | Case No. 11-11192 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | Re: Docket No. 2 |
| TAX I.D. No. 85801 3907 RC0001 | ) | |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases; and upon the *Declaration of Michael Wilhelm in Support of First Day Motions* and the *Declaration of Oliver Bialowons in Support of First Day Motions*; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion having been provided; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-11187 (PJW).

3. The consolidated caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **Böwe Systec, Inc., et al.,**[1] ) | **Case No. 11-11187 (PJW)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |
| ) | |

4. An entry shall be made on the docket of each of the Debtors' cases, other than that of Böwe Systec, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), Böwe Systec, Inc. (1423), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-11187 (PJW).

5. One consolidated service list shall be maintained by the Debtors and kept by the Clerk of the United States Bankruptcy Court for the District of Delaware.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

6. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-11187 (PJW).

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the Debtors' Chapter 11 Cases.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 20, 2011
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1 3985835v. 1