ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Böwe Systec, Inc., et al.,[1] | ) Case No. 11-11187 (PJW) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 6 |

### ORDER PURSUANT TO SECTIONS 105(a), 363(b) AND 541 OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO PAY PREPETITION SALES AND USE TAXES AND OTHER CHARGES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing, but not requiring, the Debtors to remit and pay income, sales, use and franchise taxes and such other taxes as the Debtors, in their discretion, deem necessary, as well as fees, licenses and other similar charges and assessments; and (b) authorizing and directing financial institutions to receive, process, honor and pay all checks issued and electronic payment requests made relating to the foregoing; and upon the *Declaration of Michael Wilhelm in Support of First Day Motions* and the *Declaration of Oliver Bialowons in Support of First Day Motions*; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that failure to grant the relief requested in the Motion immediately will cause immediate and irreparable harm to the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are authorized, but not required, to pay and remit to various taxing, licensing and regulatory authorities (collectively, the "Taxing Authorities") the Taxes described in the Motion in an aggregate amount not to exceed $1,000,000.

3. Each of the financial institutions at which the Debtors maintain their accounts relating to the payment of the amounts authorized to be paid herein are authorized and directed to receive, process, honor and pay all checks issued and electronic payment requests made relating to the payment of such amounts, to the extent that sufficient funds are on deposit in such accounts.

4. Notwithstanding anything to contrary contained herein, any payment to be made, or authorization contained, hereunder shall be subject to the requirements imposed on the Debtors under any approved debtor-in-possession financing facility, any budget in connection therewith and/or any order regarding the use of cash collateral.

5. Nothing in the Motion or this Order, nor as a result of the Debtors' payment of amounts pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity or priority of any claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

RLF1 3985965v. 1

6. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

7. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

8. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 20, 2011
       Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

RLF1 3985965v. 1