**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Böwe Systec, Inc., et al.,[1] | ) Case No. 11-11187 (PJW) |
| Debtors. | ) Jointly Administered |
| | ) Re: Docket No. 9 |

## ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION COMMON CARRIER, WAREHOUSE AND RELATED OBLIGATIONS

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing, but not directing, the Debtors to pay certain prepetition claims of shippers, logistics providers, warehousemen and other lien claimants, and (b) authorizing and directing financial institutions to receive, process, honor and pay all related checks issued and electronic payment requests; and upon the *Declaration of Michael Wilhelm in Support of First Day Motions* and the *Declaration of Oliver Bialowons in Support of First Day Motions*; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that failure to grant the relief requested in the Motion immediately will cause immediate and irreparable harm to the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 3986000v. 1

this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 6003, the Debtors are authorized, but not directed, to make such payments, in amounts not to exceed $455,000 in the aggregate absent further order of the Court, to the Common Carriers as the Debtors determine, in the exercise of their sole business judgment, are necessary or appropriate in order to obtain release of goods held by such Common Carriers.

3. All payments made pursuant to this Order shall be subject to the following conditions:

  a) The Debtors, subject to the consent of Versa, shall determine which parties, if any, are entitled to payment; and

  b) Prior to making a payment to a party, the Debtors may, subject to the consent of Versa, settle all or some of the prepetition claims of such party for less than their face amount without further notice or hearing.

4. All applicable banks and other financial institutions are hereby authorized and directed to receive, process, honor and pay any and all checks evidencing amounts paid by the Debtors pursuant to the Motion, whether presented prior to or after the Petition Date.

5. The Debtors are authorized to issue postpetition checks as necessary to replace any prepetition checks that were issued with respect to the Charges and may be dishonored.

6. Nothing in this Order or the Motion shall be deemed to constitute an assumption of an executory contract, whether under 11 U.S.C. § 365 or otherwise.

7. The provisions contained herein shall not be construed to limit, or in any way affect, the Debtors' ability to contest any claims on any ground permitted by applicable law.

2

RLF1 3986000v. 1

8. Notwithstanding anything to the contrary contained herein, any payment to be made, or authorization contained hereunder, shall be made subject to requirements imposed on the Debtors under any approved debtor in possession financing facility, or budget in connection therewith, or any order regarding the use of cash collateral.

9. The Debtors, their officers, employees and agents, are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: April 20, 2011
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE