# Bell & Howell
## US DIP BUDGET - DRAFT
($000)

<mark>DRAFT - CONFIDENTIAL - FOR DISCUSSION PURPOSES ONLY</mark>

| Week Ending | Post - Filing 15-Apr EST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | Anticipated Close --> 3-Jun FCST | Total Pre Close Notes |
|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | | | | | |
| PMA/SMA Collections | 3,733 | 2,202 | 2,202 | 2,090 | 3,881 | 1,216 | 1,216 | 1,203 | 14,010 5 |
| Other Collections | | | | | | | | | |
| Equipment/Clicks | 1,350 | 883 | 883 | 787 | 787 | 960 | 960 | 775 | 6,034 1,5 |
| Service/Logistics | 231 | 395 | 395 | 225 | 225 | 240 | 240 | 217 | 1,938 5 |
| Postal | 0 | 0 | 25 | 125 | 0 | 0 | 19 | 0 | 169 5 |
| BCC | 0 | 183 | 183 | 536 | 536 | 283 | 283 | 250 | 2,254 5 |
| Bowe | 430 | 0 | 388 | 0 | 0 | 0 | 0 | 0 | 388 5 |
| **Total Other Collections** | 2,011 | 1,461 | 1,874 | 1,674 | 1,549 | 1,482 | 1,501 | 1,242 | 10,782 |
| **Total Collections** | **5,744** | **3,663** | **4,076** | **3,764** | **5,430** | **2,698** | **2,716** | **2,446** | **24,793** |
| **Disbursements:** | | | | | | | | | |
| Payroll | | | | | | | | | |
| BBH | (4,000) | (300) | 0 | (4,000) | 0 | (4,000) | 0 | (4,000) | (12,300) 5 |
| Fringes | (630) | (224) | (185) | (448) | (215) | (231) | (185) | (422) | (1,910) 5 |
| BCC | (267) | 0 | (275) | 0 | (250) | 0 | (275) | 0 | (800) 5 |
| **Total Payroll** | **(4,897)** | **(524)** | **(460)** | **(4,448)** | **(465)** | **(4,231)** | **(460)** | **(4,422)** | **(15,010)** |
| Vendor Payments | | | | | | | | | |
| Durham & Wheeling Vendor payments | (1,016) | (615) | (694) | (444) | (569) | (444) | (523) | (408) | (3,698) 5 |
| BCC Vendor Payments | (16) | (148) | (148) | (144) | (144) | (140) | (140) | (57) | (921) 5 |
| Bowe Parts and Components Payments | (279) | (96) | (96) | (414) | (414) | (414) | (414) | (408) | (2,258) 5 |
| **Total Vendor Payments** | **(1,311)** | **(859)** | **(938)** | **(1,003)** | **(1,128)** | **(998)** | **(1,077)** | **(873)** | **(6,877)** |
| Other Payments | | | | | | | | | |
| Facility expense | (327) | 0 | (327) | 0 | (709) | 0 | (327) | 0 | (1,364) 5 |
| Sale and Use Taxes | (379) | (80) | (120) | 0 | (80) | (463) | 0 | 0 | (743) 5 |
| Travel & Entertainment | (206) | 0 | (226) | 0 | (237) | 0 | (226) | 0 | (690) 5 |
| Freight | (211) | 0 | (238) | 0 | (248) | 0 | (238) | 0 | (723) 5 |
| Professional Services | (268) | 0 | (155) | 0 | (574) | 0 | (155) | 0 | (884) 5 |

US DIP Budget Draft 2011-04-18v8.xlsx: 1 OF 4

**Bell & Howell**
**US DIP BUDGET - DRAFT**
($000)

| Week Ending | 15-Apr EST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | 3-Jun FCST | Total Pre Close | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| | Post - Filing | | | | Anticipated Close --> | | | | | |
| Insurance Payments | 0 | 0 | 0 | (126) | 0 | 0 | 0 | (126) | (252) | 5 |
| Bank Fees | 0 | 0 | 0 | 0 | (12) | 0 | 0 | 0 | (12) | 5 |
| Federal & State Tax payments | 0 | 0 | (480) | 0 | 0 | 0 | 0 | 0 | (480) | 5 |
| All Other Corporate Payments | 0 | 0 | 0 | (750) | 0 | 0 | 400 | 0 | (350) | 6 |
| Miscellaneous Expenses | (163) | (29) | (29) | (174) | (174) | (29) | (29) | (140) | (605) | 5 |
| **Total Other Payments** | **(1,554)** | **(109)** | **(1,575)** | **(1,051)** | **(2,034)** | **(492)** | **(575)** | **(266)** | **(6,103)** | |
| Restructuring Expenses | | | | | | | | | | |
| Deposits and Court Costs | | (58) | 0 | (200) | 0 | 0 | (100) | (100) | (458) | |
| Debtor's and Committee's Profesional Fees | 0 | 0 | (391) | (60) | (330) | 0 | (441) | (40) | (1,261) | |
| Creditor's Counsel Fees | 0 | 0 | (120) | (400) | 0 | (200) | (120) | 0 | (840) | |
| **Total Restructuring Expenses** | **0** | **(58)** | **(511)** | **(660)** | **(330)** | **(200)** | **(661)** | **(140)** | **(2,559)** | 8 |
| **Total Disbursements US** | **(7,762)** | **(1,550)** | **(3,484)** | **(7,162)** | **(3,957)** | **(5,922)** | **(2,773)** | **(5,701)** | **(30,548)** | |
| **Cash Source / (Use)** | **(2,018)** | **2,113** | **592** | **(3,398)** | **1,472** | **(3,224)** | **(56)** | **(3,255)** | **(5,755)** | |
| Minimum Cash Balance | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | |
| **Beginning Cash Balance** | **5,366** | **2,000** | **500** | **500** | **500** | **500** | **500** | **500** | **2,000** | |
| Cash Source / (Use) | (2,018) | 2,113 | 592 | (3,398) | 1,472 | (3,224) | (56) | (3,255) | (5,755) | |
| Borrowing / (Repayment) | (1,349) | (3,613) | (592) | 3,398 | (1,472) | 3,224 | 56 | 3,255 | 4,255 | |
| **Ending Cash Balance** | **2,000** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | **500** | |
| **DEBT SUMMARY** | | | | | | | | | | |
| **Pre-Petition Debt** | | | | | | | | | | |
| **Beginning Balance** | | | | | | | | | | |
| Term Loan | 72,136 | | | | | | | | | |
| Revolver | 34,000 | | | | | | | | | |
| Total Accrued Interest | 14,857 | | | | | | | | | 4 |
| **Total Beginning Balance** | **120,993** | **119,644** | **115,981** | **111,905** | **108,141** | **102,711** | **100,014** | **97,297** | **119,644** | |
| Interest | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| Borrowing/(Repayment) | (1,349) | (3,663) | (4,076) | (3,764) | (5,430) | (2,698) | (2,716) | (2,446) | (24,793) | 2 |
| **Ending Balance** | **119,644** | **115,981** | **111,905** | **108,141** | **102,711** | **100,014** | **97,297** | **94,851** | **94,851** | |

# Bell & Howell
## US DIP BUDGET - DRAFT
($000)

|  | | Post - Filing | | | | | | Anticipated Close --> | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week Ending** | 15-Apr EST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | 3-Jun FCST | Pre Close | Notes |
| **Post-Petition Debt Roll Forward** | | | | | | | | | | |
| **Opening Balance** | | 0 | 148 | 3,806 | 11,000 | 14,957 | 20,879 | 23,826 | 0 | |
| Draw / (Pay down) | | 50 | 3,484 | 7,162 | 3,957 | 5,922 | 2,773 | 5,701 | 29,048 | 3 |
| Lender Fees | | 98 | 175 | 3 | 0 | 0 | 175 | 2 | 453 | |
| Post-Petition Interest | | 0 | 0 | 29 | 0 | 0 | 0 | 171 | 200 | |
| **Ending Balance** | | **148** | **3,806** | **11,000** | **14,957** | **20,879** | **23,826** | **29,701** | **29,701** | |
| | | | | | | | | | | |
| Pre-Petition Debt | | 115,981 | 111,905 | 108,141 | 102,711 | 100,014 | 97,297 | 94,851 | 94,851 | |
| Post-Petition Funding | | 148 | 3,806 | 11,000 | 14,957 | 20,879 | 23,826 | 29,701 | 29,701 | |
| **Total Debt** | 119,644 | 116,129 | 115,711 | 119,141 | 117,668 | 120,892 | 121,124 | 124,553 | 124,553 | |
| | | | | | | | | | | |
| Net Increase/(Decrease) in Debt | | (3,515) | (417) | 3,429 | (1,472) | 3,224 | 231 | 3,429 | 4,909 | |
| Cumulative Increase/(Decrease) in Debt | | (3,515) | (3,933) | (503) | (1,976) | 1,248 | 1,480 | 4,909 | 4,909 | |

# Bell & Howell
## US DIP BUDGET - DRAFT
($000)

| Post - Filing | Anticipated Close --> |

**Notes**

1. Includes payments to US company for parts, components and software purchased by Canada Co.
2. Collections pay down the Pre-Petition Debt
3. Funds are borrowed from the DIP to make disbursements.
4. Includes PIK interest of $7.3 million and unpaid cash interest of $7.544 million
5. Based on Company's forecast
6. Includes return of $400 thousand retainer from Chapman and Cutler and $750 thousand payment for retention bonuses to middle management
7. Included in the post-petition interest
8. Per Company projections plus UCC counsel

# Bell & Howell
## US Professional Fees
($000)

| US | 4/22/11 FCST <-- Filing Date | 4/29/11 FCST | 5/6/11 FCST | 5/13/11 FCST | 5/20/11 FCST | 5/27/11 FCST | 6/3/11 FCST |
|---|---|---|---|---|---|---|---|
| **PAYMENT:** [2] | | | | | | | |
| **Debtor's Counsels** | | | | | | | |
| Bk Counsel - Richards Layton | - | 100 | - | 150 | - | 75 | - |
| Counsel to the Board - Sperling & Slater | - | - | - | - | - | 20 | - |
| Debtors FA - Focus | - | - | 60 | - | - | 120 | - |
| Debtor Counsel - MWE | - | 125 | - | 60 | - | - | 40 |
| Oliver - Value Creations - Fees | - | 34 | - | - | - | 34 | - |
| Oliver - Value Creations - Expenses | - | 8 | - | - | - | 8 | - |
| PR - Bowe/BBH | - | 24 | - | - | - | 24 | - |
| IB - Lazard | - | - | - | - | - | - | - |
| **UCC Counsel** | | | | | | | |
| UCC Legal Counsel | - | 50 | - | 100 | - | 80 | - |
| UCC - FA | - | 50 | - | 20 | - | 80 | - |
| Total Debtor's and Committee's Professional Fees | - | 391 | 60 | 330 | - | 441 | 40 |
| **Creditor's Counsel** | | | | | | | |
| Lenders Counsel | - | 120 | 400 | - | 200 | 120 | - |
| Total Lenders Counsel Fees | - | 120 | 400 | - | 200 | 120 | - |

# Bell & Howell
## CANADA DIP BUDGET - DRAFT
($000)

|  |  | Post - Filing | | | | | Anticipated Close --> | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | | 15-Apr FCST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | 3-Jun FCST | Total | Notes |
| **Canada** | | | | | | | | | | | |
| Collections | | 336 | 226 | 226 | 251 | 251 | 320 | 320 | 244 | 1,837 | 1 |
| **Operational Disbursements** | | | | | | | | | | | |
| Payroll | | (305) | 0 | 0 | (350) | 0 | (350) | 0 | (350) | (1,050) | 3 |
| Vendor Payments | | (107) | (333) | (421) | (191) | (191) | (223) | (223) | (495) | (2,077) | 2 |
| Total Operational Disbursements | | (412) | (333) | (421) | (541) | (191) | (573) | (223) | (845) | (3,127) | |
| **Restructuring Expenses** | | | | | | | | | | | |
| Deposits and Court Costs | | | (35) | 0 | 0 | 0 | 0 | 0 | 0 | (35) | |
| Debtor's and Committee's Profesional Fees | | 0 | 0 | (160) | (250) | 0 | 0 | (80) | 0 | (490) | |
| Lender's Counsel Fees | | 0 | 0 | (40) | 0 | 0 | 0 | 0 | 0 | (40) | |
| Total Restructuring Expenses | | 0 | (35) | (200) | (250) | 0 | 0 | (80) | 0 | (565) | 5 |
| Total Disbursements | | (412) | (368) | (621) | (791) | (191) | (573) | (303) | (845) | (3,692) | |
| Cash Source / (Use) | | (76) | (142) | (395) | (540) | 60 | (253) | 17 | (601) | (1,855) | |
| Min Cash Balance | | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | | |
| **Beginning Cash Balance** | | 1,076 | 1,000 | 832 | 463 | 200 | 200 | 200 | 200 | 1,000 | |
| Cash Source / (Use) | | (76) | (142) | (395) | (540) | 60 | (253) | 17 | (601) | (1,855) | |
| Borrowing/(repayment) | | 0 | (26) | 26 | 277 | (60) | 253 | (17) | 601 | 1,055 | |
| **Ending Cash Balance** | | 1,000 | 832 | 463 | 200 | 200 | 200 | 200 | 200 | 200 | |
| **Post - Petition Debt Canada** | | | | | | | | | | | |
| Opening Balance | | 0 | 0 | 0 | 76 | 355 | 295 | 548 | 582 | 0 | |
| Borrowings/(Pay down) | | | (26) | 26 | 277 | (60) | 253 | (17) | 601 | 1,055 | 4 |
| Lender Fees | | | 26 | 50 | 1 | 0 | 0 | 50 | 1 | 127 | 4 |
| Post-Petition Interest | | | 0 | 0 | 1 | 0 | 0 | 0 | 5 | 6 | 4 |
| Ending Balance | | | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | 1,188 | |

# Bell & Howell
## CANADA DIP BUDGET - DRAFT
($000)

| Week Ending | Post - Filing | | | | | | Anticipated Close --> | | |
|---|---|---|---|---|---|---|---|---|---|
| | 15-Apr FCST | 22-Apr FCST | 29-Apr FCST | 6-May FCST | 13-May FCST | 20-May FCST | 27-May FCST | 3-Jun FCST | Total Notes |
| Pre-Petition Debt | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Post-Petition Debt | | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | 1,188 |
| Total Debt | 0 | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | 1,188 |
| Net Increase/(Decrease) in Debt | | 0 | 76 | 279 | (60) | 253 | 33 | 607 | 1,188 |
| Cumulative Increase/(Decrease) in Debt in DIP Period | | 0 | 76 | 355 | 295 | 548 | 582 | 1,188 | 1,188 |

Notes
1 Per company projections
2 Includes payments to US company for parts, components and software purchased by Canada Co.
3 Per Leader Wong
4 Except for close fee, lender fees and interest are non-cash and are not paid in this period
5 Per company projections plus lenders counsel

# Bell & Howell
## Canada Professional Fees
($000)

|  | <-- Filing Date 4/22/11 FCST | 4/29/11 FCST | 5/6/11 FCST | 5/13/11 FCST | 5/20/11 FCST | 5/27/11 FCST | 6/3/11 FCST |
|---|---|---|---|---|---|---|---|
| Debtor's Counsel - Tory's | - | 100 | 100 | - | - | 50 | - |
| PWC Canada | - | 60 | 100 | - | - | 30 | - |
| PWC Counsel - Davies Ward Phillips | - | - | 50 | - | - | - | - |
| Total | - | 160 | 250 | - | - | 80 | - |
| Lender Counsel - Osler | | 40 | - | - | - | - | - |
| Total Creditor Counsel Fees | - | 40 | - | - | - | - | - |