IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Böwe Systec, Inc., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11187 (PJW)<br><br>Jointly Administered<br><br>Bid Procedures Hearing Date:<br>May 5, 2011 at 2:30 p.m. (EDT)<br><br>Bid Procedures Objection Deadline:<br>May 3, 2011 at 12:00 p.m. (noon) (EDT) |

## NOTICE OF MOTIONS AND HEARING

PLEASE TAKE NOTICE that, on April 18, 2011, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases;**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

**and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)** [Docket No. 10] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, on April 18, 2011, the Debtors also filed the **Motion of Debtors for Entry of an Order Shortening Notice and Objection Periods and Requesting an Expedited Hearing for Approval of Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)** [Docket No. 12] (the "Motion to Shorten"), pursuant to which the Debtors requested approval of a shortened notice period and objection deadline relating to the Bidding Procedures Relief (as defined below) requested in the Motion.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Motion, the Debtors are seeking, among other things, entry of an order (A) establishing bidding and auction

procedures (the "Bidding Procedures") in connection with the proposed sale of substantially all of the Debtors' assets (the "Assets"); (B) approving proposed bid protections, including a break-up fee, expense reimbursement and a minimum overbid amount, to Contrado BBH Funding, LLC and a Canadian corporation to be formed prior to closing, in accordance with that certain Asset Purchase Agreement dated April 18, 2011; (C) scheduling an auction and setting a date and time for a hearing approving the sale of Assets, and approving the form and manner of notice thereof; (D) establishing procedures for noticing and determining cure amounts for any executory contracts and unexpired leases of nonresidential real property which may be assumed and assigned in connection with any transaction; and (E) granting certain related relief (collectively, the "Bidding Procedures Relief").

PLEASE TAKE FURTHER NOTICE that, on April 20, 2011, the Bankruptcy Court entered the **Order Shortening Notice and Objection Periods and Setting an Expedited Hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject**

**Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)** [Docket No. 36] (the "Order Shortening Notice").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Shortening Notice, (i) any responses or objections to the Bidding Procedures Relief requested in the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **May 3, 2011 at 12:00 p.m. (noon) (EDT)**, and (ii) if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Bidding Procedures Relief requested in the Motion will be held before The Honorable Peter J. Walsh at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **May 5, 2011 at 2:30 p.m. (EDT)**.

**IF NO OBJECTIONS TO THE BIDDING PROCEDURES RELIEF REQUESTED IN THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE BIDDING PROCEDURES RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 20, 2011
      Wilmington, Delaware

/s/ _____
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for Debtors and Debtors in Possession*

4