UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Böwe Systec, Inc., et al.,[1] | Case No. 11-11187 (PJW) |
| Debtors. | Jointly Administered |
|  | Hearing Date: May 12, 2011 at 9:30 a.m. (EDT) |
|  | Obj. Deadline: May 9, 2011 at 12:00 p.m., noon (EDT) |
|  | Re: Docket Nos. 8 & 32 |

# NOTICE OF (A) ENTRY OF INTERIM ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (B) FINAL HEARING THEREUNDER

PLEASE TAKE NOTICE that, on April 18, 2011, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 8] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on April 20, 2011, the Bankruptcy Court entered the *Interim Order Determining Adequate Assurance of Payment for Future Utility Services* [Docket No. 32] (the "Interim Order"). A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Motion will be held on **May 12, 2011 at 9:30 a.m. (EDT)** before The

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

Honorable Peter J. Walsh at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by (i) proposed counsel to Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Lee E. Kaufman, Esq.), (ii) counsel to the agent for the Debtors' post-petition lenders, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn.: James Stemple, Esq. and Arun Kurichety, Esq.), (iii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq.), and (iv) counsel to any statutory committee(s) appointed in the Debtors' chapter 11 cases, on or before **May 9, 2011 at 12:00 p.m., noon (EDT).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 20, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Marisa A. Terranova*<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Lee E. Kaufman (No. 4877)<br>Marisa A. Terranova (No. 5396)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>*Proposed Attorneys for the Debtors and Debtors-in-Possession* |