# **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Böwe Systec, Inc., et al.,[1] | ) Case No. 11-11187 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Re: Docket No. 8 |

## INTERIM ORDER DETERMINING ADEQUATE
## ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) determining that the Utility Providers[2] have been provided with adequate assurance of payment within the meaning of section 366 of the Bankruptcy Code by the Debtors' establishment of the Utility Deposit Account; (b) approving the Debtors' proposed procedures whereby Utility Providers may request additional or different adequate assurance; (c) prohibiting the Utility Providers from altering, refusing or discontinuing services on account of prepetition amounts outstanding and on account of any perceived inadequacy of the Debtors' proposed adequate assurance; and (d) determining that the Debtors are not required to provide any additional adequate assurance beyond what is proposed by the Motion; and upon the *Declaration of Michael Wilhelm in Support of First Day Motions* and the *Declaration of Oliver Bialowons in Support of First Day Motions*; and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing that failure to grant the relief

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

requested in the Motion immediately will cause immediate and irreparable harm to the Debtors; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED on an interim basis as set forth herein.

2. Except in accordance with the procedures set forth below, and until the entry of a subsequent order of this Court, to be considered at the Final Hearing, the Utility Providers are prohibited from (a) altering, refusing or discontinuing service to, or discriminating against, the Debtors solely on the basis of the commencement of these cases or on account of any unpaid invoice for services provided before the date of commencement of these cases, and (b) requiring the payment of a deposit or other security in connection with the Utility Providers' continued provision to the Debtors of utility services, including, but not limited to, the furnishing of gas, heat, electricity, water, telephone service or any other utility of like kind.

3. The Debtors shall, on or before twenty (20) days after the Petition Date, deposit $92,500 (the "Utility Deposit") into a newly created, segregated, interest-bearing account (the "Utility Deposit Account"), for the purpose of providing each Utility Provider adequate assurance of payment of its postpetition utility services to the Debtors.

4. Absent further order of the Court, if a Utility Provider is not satisfied with the assurance of payment provided under this Order, the Utility Provider must serve a written

request (each, a "Request") for additional assurance of payment, which Request must be served upon the Debtors at the following addresses: (a) Böwe Bell + Howell Holdings, Inc., 760 S. Wolf Road, Wheeling, IL 60090, Attn.: Michael Wilhelm; and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn.: Mark D. Collins, Esq. and Lee E. Kaufman, Esq.; with a copy to (c) Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn.: James Stempel, Esq. and Arun Kurichety, Esq. The Request must set forth the location(s) for which utility services are provided, the account number(s) for such location(s), the outstanding balance for each account and a summary of the Debtors' payment history on each account.

5. Without further order of the Court, and subject to the consent of Versa, the Debtors may enter into agreements granting additional adequate assurance to a Utility Provider serving a Request, if the Debtors in their discretion determine that the Request is reasonable or if the parties negotiate alternate consensual provisions.

6. If the Debtors believe that a Request is unreasonable and the parties are unable to negotiate alternate consensual provisions, the Debtors shall file a Determination Motion within 30 days after receipt of the Request seeking a determination from the Court that the Utility Deposit Account constitutes adequate assurance of payment. Pending notice and a hearing on the Determination Motion, the Utility Provider that is the subject of the Request may not alter, refuse or discontinue services to the Debtors nor recover or set off against a prepetition deposit.

7. Unless and until a Utility Provider makes a Request for additional adequate assurance of payment, such Utility Provider shall be deemed to be satisfied that the Utility Deposit Account provides adequate assurance of payment to such Utility Provider within the meaning of section 366 of the Bankruptcy Code.

3

8. The Debtors may supplement the list of Utility Providers on <u>Exhibit 1</u> at any time. Any subsequently identified Utility Provider set forth on a supplemental exhibit will fall within the scope of this Order from the date of the filing of the supplemental exhibit. Any Utility Provider included on a supplemental exhibit shall be served with notice and a copy of this Order within five (5) business days after the supplemental exhibit is filed with the Court. Any Request made by such Utility Provider must comply with the requirements of this Order. In addition, the Debtors will provide an adequate assurance deposit in an amount equal to 50% of the Debtors' average monthly utility consumption over the course of 12 months for any added Utility Provider.

9. Nothing in this Order or the Motion shall be deemed to vacate or modify any other restrictions on the termination of service by a Utility Provider as provided by sections 362 and 366 of the Bankruptcy Code or other applicable law, and nothing herein or in the Motion shall constitute postpetition assumption or adoption of any agreement pursuant to section 365 of the Bankruptcy Code, nor shall anything herein be deemed a waiver by the Debtors or any other party of any right with respect to the assumption or rejection of an executory contract.

10. A Final Hearing to consider the Motion is scheduled for __May__ __12__, 2011 at __9:30 a.__m. (EDT) before the undersigned United States Bankruptcy Judge. Any objections to the relief requested in the Motion must be filed with the Clerk of the Court and served upon (i) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn.: Mark D. Collins, Esq. and Lee E. Kaufman, Esq., (ii) counsel to the agent for the Debtors' post-petition lenders, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654, Attn.: James Stempel, Esq. and Arun Kurichety, Esq., (iii) the Office of the United States Trustee for the District of Delaware ("U.S. Trustee"), 844 N.

4

King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq.), and (iv) counsel to any statutory committee(s) appointed in the Chapter 11 Cases on or before May 9, 2011 at 12:00 p.m. (noon) (EDT).

11. The Debtors shall serve a copy of this Order by first class mail on the U.S. Trustee, the Debtors' pre-petition secured lenders, the Debtors' post-petition lenders, the Utility Providers and their counsel (if known), the Internal Revenue Service, the United States Department of Justice, all persons requesting special notice herein, and counsel for any statutory committee(s), if one has been appointed or, if not, on the Debtors' creditors holding the twenty (20) largest unsecured claims on a consolidated basis, within five (5) business days of the entry of this Interim Order.

12. Notwithstanding anything to the contrary contained herein, any payment to be made, or authorization contained, hereunder shall be subject to the requirements imposed on the Debtors under any approved debtor-in-possession financing facility, or budget in connection therewith, or any order regarding the use of cash collateral.

13. Nothing in the Motion or this Order, nor as a result of the Debtors' payment of claims pursuant to this Order, shall be deemed or construed as: (a) an admission as to the validity or priority of any claim against the Debtors; (b) a waiver of the Debtors' rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to section 365 of the Bankruptcy Code.

14. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

15. To the extent that this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

RLF1 3985988v. 1

16.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 20, 2011
       Wilmington, Delaware

                              THE HONORABLE PETER J. WALSH
                              UNITED STATES BANKRUPTCY JUDGE

RLF1 3985988v. 1

# **EXHIBIT 1**

**Utility Service List**

| Utility Provider | Location | Services Provided | Account No. | Address | City | State/Prov. | Zip |
|---|---|---|---|---|---|---|---|
| Allied Waste Services | Durham | Waste | 93900412081 | Raleigh District, P.O. Box 912036 | Orlando | FL | 32891 |
| AT&T | Wheeling | Phone | 847R1630594734 | P.O. Box 8100 | Aurora | IL | 60507-8100 |
| AT&T | Durham | Phone | 9013634081101 | P.O. Box 277019 | Atlanta | GA | 30384-7019 |
| AT&T | Durham | Phone | 7139751010010 | P.O. Box 5001 | Carol Stream | IL | 60197-5001 |
| AT&T | Durham | Phone | 3232684795121 9163733683120 | Payment Center | Sacramento | CA | 95887-0001 |
| AT&T | Durham | Phone | 2059875460112 7048751795112 7708864430112 508999826001 | P.O. Box 105262 | Atlanta | GA | 30348-5262 |
| AT&T | Durham | Phone | 2175298182112 6163947111112 8472296185112 | P.O. Box 8100 | Aurora | IL | 60507-8100 |
| AT&T | Durham | Phone | 5670560 1717906937565 | P.O. Box 9004 | Carol Stream | IL | 60197-9004 |
| AT&T Internet Services | Wheeling | Phone | 829,268,941 | P.O. Box 5016 | Carol Stream | IL | 60197-5016 |
| Atmos Energy (TX) | Wheeling | Gas | 80-005090554-0504485-4 80-005090554-0500934-5 | P.O. Box 790311 | St. Louis | MO | 63179-0311 |
| Atria Networks | Canada | Internet | BOWE001 | P.O. Box 64 | Kitchener | ON | N2G 3W9 |
| Bell | Canada | Internet | WE120 | P.O. Box 4100 | Etobicoke | ON | M9W 1H2 |
| Bell Aliant | Canada | Internet | 34211102 | P.O. Box 2226, Stn Ctr RPO | Halifax | NS | B3J 3C7 |
| Bell Aliant | Canada | Phone | 53583530 | P.O. Box 640 | Charlottetown | PE | C1A 7L3 |
| Bell Canada | Canada | Phone | 519-8867036(875) 416282438(718) | P.O. Box 9000, Stn Don Mills | North York | ON | M3C 2X7 |
| Bell Canada | Canada | Phone | 418-652-8784(579) | P.O. Box 8712, Succ Ctr-Ville | Montreal | QC | H3C 3P6 |
| Bell Canada | Canada | Phone | N6066877 | P.O. Box 1550 | North York | ON | M3C 3N5 |
| Bell Canada | Canada | Phone | 4505893739 | P.O. Box 8713, Succ Ctr-Ville | Montreal | QC | H3C 4L6 |
| Bell Canada | Canada | Internet | 5050873023 504040009 | P.O. Box 3650, Stn Don Mills | Toronto | ON | M3C 3X9 |
| Bell Conferencing Inc. | Canada | Phone | 1130597 | 5099 Creekbank Rd. | Mississauga | ON | L4W 5N2 |

RLF1 3985988v. 1

| Utility Provider | Location | Services Provided | Account No. | Address | City | State/Prov. | Zip |
|---|---|---|---|---|---|---|---|
| Century Link | BCC | Internet | 411780093 | P.O. Box 4300 | Carol Stream | IL | 60197-4300 |
| Charter Communications | BCC | Phone | 8245 11 400 0125572 | P.O. Box 3019 | Milwaukee | WI | 53201-3019 |
| Cincinnati Bell Telephone | Durham | Phone | 5132410390063 | P.O. Box 748003 | Cincinnati | OH | 45274-8003 |
| Comcast Cable | Durham | Internet | 950932630012 | P.O. Box 3005 | Southeastern | PA | 19398-3005 |
| Constellation NewEnergy, Inc. (IL) | Wheeling | Electric | 1-674ZH 1-VHU-2961 1-VET-1033 | Bank of America Lockbox Services, 14217 Collections Center Drive | Chicago | IL | 60693 |
| DirecTV | Wheeling | Cable | 28920887 | P.O. Box 60036 | Los Angeles | CA | 90060-0036 |
| Duke Power | Durham | Electric | 4060012 1723711296 | P.O. Box 70516 | Charlotte | NC | 28272 |
| Earthlink Inc. | Durham | Internet | 433028335 | P.O. Box 790216 | St. Louis | MO | 63179-0216 |
| Enbridge | Canada | Gas | 063525018035 | P.O. Box 644 | Scarborough | ON | M1K 5H1 |
| Energetix | BCC | Gas | LOC00001237479 | P.O. Box 5008 | Buffalo | NY | 14240-5008 |
| Frontier | Durham | Phone | 9195441480011 | P.O. Box 2951 | Phoenix | AZ | 85062-2951 |
| Frontier Telephone of Rochester | BCC | Phone | 585-272-9148-040199-6 | P.O. Box 20550 | Rochester | NY | 14602-0550 |
| Juscon Corp | Canada | Hydro | N/A | 155 Lexington Court | Waterloo | ON | N2J 4R2 |
| Monroe County Water Authority | BCC | Water | 0155832 | P.O. Box 41999 | Rochester | NY | 14604-1999 |
| MTS Allstream Inc. | Canada | Phone/Internet | 105795637 0048312714 | P.O. Box 7500 | Winnipeg | MB | R3C 3B5 |
| Nicor Gas | Wheeling | Gas | 10-80-50-9161 7 | P.O. Box 0632 | Aurora | IL | 60507-0632 |
| Oneconnect Services Inc. | Canada | Phone | N/A | P.O. Box 57420 Postal Station A | Toronto | ON | M5W 5M5 |
| PP&L, Inc. | Durham | Electric | 6981478000011 7621298045011 | P.O. Box 25222 | Lehigh Valley | PA | 18002-5222 |
| PPL Electric Utilities | Durham | Electric | 6981478000011 7621298045011 | 2 North 9th Street, RPC Genni | Allentown | PA | 18101-1175 |
| PSNC Energy | Durham | Electric | 4210866206318 4198105044314 | P.O. Box 100256 | Columbia | SC | 29202 |
| Powerstream | Canada | Electric | 70-71-10160-108 | P.O. Box 3700 | Concord | ON | L4K 5N2 |

2

RLF1 3985988v. 1

| Utility Provider | Location | Services Provided | Account No | Address | City | State/Prov. | Zip |
|---|---|---|---|---|---|---|---|
| Qwest | Durham | Internet | 6516860167122 4023451503120 | P.O. Box 91154 | Seattle | WA | 98111-1154 |
| Raritan Valley Disposal | Durham | Waste | 302821001317 | 1200 N. Irving St. | Allentown | PA | 18109 |
| RGE | BCC | Electric | 2001-3742-711 | P.O. Box 5300 | Ithaca | NY | 14852-5300 |
| Rogers | Canada | Phone | 4-8848-6150 | P.O. Box 9100 | Don Mills | ON | M3C 3P9 |
| Shaw Cable | Canada | Internet | 030-7910-4083 | P.O. Box 2468, Station Main | Calgary | AB | T2P 4Y2 |
| SkyTel | Durham | Phone | 11A2831691 | P.O. Box 70849 | Charlotte | NC | 28272-0849 |
| Suburban Disposal | BCC | Waste Disposal | 03543-000 | P.O. Box 112 | Spencerport | NY | 14559-0112 |
| Telepage | Canada | Phone | 772031 | C.P./P.O. Box 32511 | Montreal | QC | H3R 2G4 |
| Telus | Canada | Phone | 2161891262 | P.O. Box 7575 | Vancouver | BC | V6B 8N9 |
| Time Warner Cable | BCC | Internet/Cable | 47020000-001 4654062-001 | P.O. Box 994 | Buffalo | NY | 14270-0994 |
| Time Warner Cable | Durham | Internet | 314147715101010 | P.O. Box 70873 | Charlotte | NC | 28272-0873 |
| Time Warner Telecom | Durham | Internet | 3988590 | P.O. Box 172567 | Denver | CO | 80217-2567 |
| Time Warner Telecom | BCC | Phone | 3316 | P.O. Box 172567 | Denver | CO | 80217-2567 |
| Tulip Cleaning Services | Canada | Cleaning | N/A | 480 Scotchmere Crt. | Waterloo | ON | N2K 3E6 |
| UGI Energy Services | Durham | Gas | 61107804 | P.O. Box 827032 | Philadelphia | PA | 19182 |
| UGI Utilities | Durham | Gas | 50737428731811 50737429160911 | P.O. Box 71203 | Philadelphia | PA | 19176 |
| Union Gas | Canada | Heat | 320-3197-206-0149 | P.O. Box 2025 | Chatham | ON | N7M 6C7 |
| Verizon | Durham | Phone | 8562939500010 | P.O. Box 4833 | Trenton | NJ | 08650-4833 |
| Verizon | Durham | Phone | 41023506910010 | P.O. Box 660720 | Dallas | TX | 75266-0720 |
| Verizon | Durham | Phone | 4122811568122 | P.O. Box 15026 | Albany | NY | 12212 |
| Verizon | Durham | Phone | 10067771855 | P.O. Box 371838 | Pittsburgh | PA | 15250-7838 |
| Verizon | Durham | Phone | 9729156848122 1090002858301 1090002885301 9727530711010 | P.O. Box 920041 | Dallas | TX | 75392-0041 |
| Verizon | Durham | Phone | 6102644510121 6103170109122 6103172087122 | P.O. Box 28000 | Lehigh Valley | PA | 18002-8000 |

3

| Utility Provider | Location | Services Provided | Account No. | Address | City | State/Prov. | Zip |
|---|---|---|---|---|---|---|---|
| | | | 6103174300122 | | | | |
| Verizon | Durham | Phone | 1000677185 | P.O. Box 371392 | Pittsburgh | PA | 15250-1392 |
| Verizon | Durham | Phone | 100067771862 | P.O. Box 70129 | Chicago | IL | 60673-0129 |
| Verizon Conferencing | Wheeling | Phone | 01-00067771855-00889 | P.O. Box 70129 | Chicago | IL | 60673-0129 |
| Verizon Wireless | BCC | Phone | 480270639-00001 | P.O. Box 408 | Newark | NJ | 07101-0408 |
| Via Disposal Service | Canada | Waste | N/A | 235 Belfield Road | Etobicoke | ON | M9W 1H2 |
| Waste Management | Wheeling | Waste Disposal | 421-8098467-2008-8 | P.O. Box 4648 | Carol Stream | IL | 60197-4648 |
| Xcel Energy | BCC | Gas/Electric | 52-9382061-0 52-9626118-6 | P.O. Box 9477 | Minneapolis | MN | 55484-9477 |

4