UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Böwe Systec, Inc., <u>et al.</u>,[1] | ) ) ) | Case No. 11-11187 (PJW) |
| Debtors. | ) ) ) ) ) ) ) ) ) ) | Jointly Administered<br><br>Hearing Date: May 12, 2011 at 9:30 a.m. (EDT)<br>Obj. Deadline: May 9, 2011 at 12:00 p.m., noon (EDT)<br><br>Re: Docket Nos. 5 & 31 |

**NOTICE OF (A) ENTRY OF INTERIM ORDER PURSUANT TO SECTIONS 105(a), 345(b), 363(b), 363(c) AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6003 AND 6004 AUTHORIZING THE DEBTORS TO (I) CONTINUE USING EXISTING CENTRALIZED CASH MANAGEMENT SYSTEM, AS MODIFIED, (II) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE CASH MANAGEMENT SYSTEM, AND (III) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS AND (B) FINAL HEARING THEREUNDER**

PLEASE TAKE NOTICE that, on April 18, 2011, the above-captioned debtors (collectively, the "<u>Debtors</u>") filed the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms* [Docket No. 5] (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). A copy of the Motion is attached hereto as <u>Exhibit A</u>.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on April 20, 2011, the Bankruptcy Court entered the *Interim Order*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

*Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 Authorizing the Debtors to (I) Continue Using Exiting Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms* [Docket No. 31] (the "<u>Interim Order</u>"). A copy of the Interim Order is attached hereto as <u>Exhibit B</u>.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Motion will be held on **May 12, 2011 at 9:30 a.m. (EDT)** before The Honorable Peter J. Walsh at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by (i) proposed counsel to Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.), (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Juliet M. Sarkessian, Esq.), and (iii) counsel to Harris, Chapman and Cutler LLP, 111 West Monroe Street, Chicago, Illinois 60603-4080 (Attn: Ann E. Acker), on or before **May 9, 2011 at 12:00 p.m., noon (EDT).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL**

**RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 20, 2011
   Wilmington, Delaware

Respectfully submitted,

*/s/ Marisa A. Terranova*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Lee E. Kaufman (No. 4877)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for the Debtors and Debtors-in-Possession*