# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Böwe Systec, Inc., et al.,1 | Case No. 11-11187 (PJW) |
| Debtors. | Jointly Administered |
| | Hearing Date: May 12, 2011 at 9:30 a.m. (EDT) |
| | Obj. Deadline: May 9, 2011 at 12:00 p.m., noon (EDT) |
| | Re: Docket Nos. 15 & 37 |

**NOTICE OF (A) ENTRY OF INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 AND 507 AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES AND (V) SCHEDULING A FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001(b) AND (c) AND (B) FINAL HEARING THEREUNDER**

PLEASE TAKE NOTICE that, on April 18, 2011, the above-captioned debtors (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c)* [Docket No. 15] (the "Motion") with the United

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on April 20, 2011, the Bankruptcy Court entered the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364 and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c)* [Docket No. 37] (the "Interim Order"). A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that a further hearing with respect to the final relief requested in the Motion will be held on **May 12, 2011 at 9:30 a.m. (EDT)** (the "Final Hearing") before The Honorable Peter J. Walsh at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by (i) proposed counsel to Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.), (ii) counsel to the DIP Facility Lenders (as defined in the Motion), Kirkland & Ellis LLP, 3601 Lexington Avenue, New York, NY 10022 (Attn.: David Eaton, Esq. and Leonard Klingbaum, Esq.), and (iii) the Office of the United States Trustee for the District of

Delaware, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Juliet M. Sarkessian, Esq.), on or before **May 9, 2011 at 12:00 p.m., noon (EDT).**

**PLEASE TAKE FURTHER NOTICE that, at the Final Hearing, the Debtors will seek final approval of an order approving the relief requested in the Motion, including a waiver of rights under section 506(c) of title 11 of the United States Code, §§ 101-1532 (the "<u>Bankruptcy Code</u>"). Bankruptcy Code section 506(c) provides that a trustee or debtor may "recover from property securing an allowed secured claim the reasonable, necessary costs and expenses of preserving, or disposing of, such property to the extent of any benefit to the holder of such claim."**

**PLEASE TAKE FURTHER NOTICE that, at the Final Hearing, the Debtors will also seek final approval of an order granting the DIP Facility Lenders (as defined in the Motion) a lien on the proceeds of Avoidance Actions (as defined in the Motion).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 20, 2011  Respectfully submitted,
      Wilmington, Delaware

                                        */s/ Marisa A. Terranova*
                                        Mark D. Collins (No. 2981)
                                        Michael J. Merchant (No. 3854)
                                        Lee E. Kaufman (No. 4877)
                                        Marisa A. Terranova (No. 5396)
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 651-7700
                                        Facsimile: (302) 651-7701

                                        *Proposed Attorneys for the Debtors and*
                                        *Debtors-in-Possession*

4

RLF1 3986875v. 1