IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------X
                                                   :

In re:                                        :

                                                  :     **Chapter 11**

BÖWE SYSTEC, INC., *et al.*,                 :     **Case No. 11-11187 (PJW)**

                                                  :     **Jointly Administered**

        Debtors.                            :
---------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), WILEY REIN LLP, by its undersigned counsel, hereby enters its appearance as counsel for Wessex Technology Opto-Electronic Products Ltd. in the above-referenced case. Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), counsel requests that copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

        Alexander M. Laughlin, Esquire         alaughlin@wileyrein.com
        Dylan G. Trache, Esquire               dtrache@wileyrein.com
        Brian Walsh, Esquire                   bwalsh@wileyrein.com
        WILEY REIN LLP
        7925 Jones Branch Drive, Suite 6200
        McLean, Virginia 22102
        Telephone No.:   703.905.2800
        Telecopier No.:   703.905.2820

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan of reorganization, disclosure statement, answer or response, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, fax or otherwise filed or made with regard to the referenced case and adversary proceedings herein.

    Respectfully submitted,

    Wessex Technology Opto-Electronic Products Ltd.

    By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800

By:   /s/ Dylan G. Trache
      Alexander M. Laughlin, Esquire
      Dylan G. Trache, Esquire
      Brian Walsh, Esquire

Counsel to Wessex Technology Opto-Electronic Products Ltd.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 21st day of April 2011, the foregoing Notice of Appearance and Request for Service of Notices and Papers was sent by first class mail, postage prepaid, to:

      Lee E. Kaufman
      Mark D. Collins
      Richards, Layton & Finger, P.A.
      920 North King Street
      One Rodney Square
      Wilmington, DE 19801

      Office of the United States Trustee
      844 King Street, Room 2207
      Lockbox #35
      Wilmington, DE 19899-0035

      /s/ Dylan G. Trache
      Dylan G. Trache

13290258.1