## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Böwe Systec, Inc., <u>et al.</u>,[1] | ) | Case No. 11-11187 (PJW) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY
## CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On April 18, 2011, the above-captioned entities (collectively, the "<u>Debtors</u>") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| DEBTOR<br>(Other names, if any, used by the Debtor in the last six years) | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Böwe Bell + Howell Holdings, Inc. | 760 S. Wolf Road, Wheeling, Illinois 60090 | 11-11186 (PJW) | 36-4469926 |
| Böwe Systec, Inc. | 760 S. Wolf Road, Wheeling, Illinois 60090 | 11-11187 (PJW) | 11-2511423 |
| BBH, Inc. | 760 S. Wolf Road, Wheeling, Illinois 60090 | 11-11188 (PJW) | 36-4469928 |
| Böwe Bell + Howell Company | 760 S. Wolf Road, Wheeling, Illinois 60090 | 11-11189 (PJW) | 36-3580100 |
| Böwe Bell + Howell Postal Systems Company | 760 S. Wolf Road, Wheeling, Illinois 60090 | 11-11190 (PJW) | 36-3854944 |
| BCC Software, Inc. | 75 Josons Drive, Henrietta, New York 14623 | 11-11191 (PJW) | 36-3113481 |
| Böwe Bell + Howell International Ltd. | 30 Mural Street, Units 6 & 7, Richmond Hill, Ontario Canada, L4B 1B5 | 11-11192 (PJW) | 85801 3907 RC0001 |

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. In accordance with section 341 of the Bankruptcy Code, a meeting of the Debtors' creditors will be conducted on **May 23, 2011 at 10:00 a.m. (EDT) at the J. Caleb Boggs Federal Building, 844 N. King Street, 5th Floor, Room 5209, Wilmington, Delaware 19801**.

DEADLINE TO FILE A PROOF OF CLAIM. No claim objection deadline has been set to date. Notice of any deadline to file proofs of claim will be sent to known creditors at a later date.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.

None appointed at this time.

PROPOSED COUNSEL FOR THE DEBTORS.

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

COMMENCEMENT OF CASES. Petitions for relief under chapter 11 of the Bankruptcy Code have been filed in the Bankruptcy Court by the Debtors, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Bankruptcy Court, including lists of the Debtors' property and debts, will be available for inspection at the office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at www.deb.uscourts.gov or free of charge at http://www.gcginc.com/cases/bowe/.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Bankruptcy Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the cases are dismissed or converted to cases under another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate their business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Bankruptcy Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and seek legal advice. The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors' representative and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

PROOF OF CLAIM. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in these cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.** Proof of claim forms also are available in the clerk's office of any bankruptcy court, or from the Bankruptcy Court's web site at www.deb.uscourts.gov. The Bankruptcy Court has entered an order appointing **The Garden City Group, Inc.** as the claims agent in these cases. **The Garden City Group, Inc.** can provide you with a proof of claim form if you cannot obtain one from your local bankruptcy court. **The Garden City Group, Inc.** can be reached as follows:

The Garden City Group, Inc.
Attn: BBH Bankruptcy Administration
P.O. Box 9749
Dublin, Ohio 43017-5649
Toll-Free Telephone: (888) 885-9697
http://www.gcginc.com/cases/bowe/

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan.

Dated: April 25, 2011

For the Court: _____*/s/ David D. Bird*_____
            Clerk of the Bankruptcy Court

RLF1 3601533v. 1