IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Böwe Systec, Inc., <u>et al.</u>,[1] | ) Case No. 11-11187 (PJW) |
| Debtors. | ) Jointly Administered |
| | ) Hearing Date: 5/12/11 at 9:30 a.m. (EDT) |
| | ) Obj. Deadline: 5/5/11 at 4:00 p.m. (EDT) |

## NOTICE OF APPLICATION AND HEARING

PLEASE TAKE NOTICE that on April 25, 2011, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the **Debtors' Application for an Order (I) Authorizing the Retention and Employment of Lazard Middle Market LLC as the Debtors' Investment Banker Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Reporting Requirements Pursuant to Delaware Local Rule 2016-2(g)** (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Application must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **May 5, 2011 at 4:00 p.m. (EDT)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Application are received, the Application and such objections shall be considered at a hearing before The

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

RLF1 3988385v. 1

Honorable Peter J. Walsh at the Bankruptcy Court, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 on **May 12, 2011 at 9:30 a.m. (EDT)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: April 25, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br> /s/ Andrew C. Irgens<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Lee E. Kaufman (No. 4877)<br>Andrew C. Irgens (No. 5193)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>*Proposed Attorneys for the Debtors and Debtors-in-Possession* |