# **EXHIBIT A**

**Torgove Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Böwe Systec, Inc., <u>et al.</u>,[1] | ) ) ) | Case No. 11-11187 (PJW) |
| Debtors. | ) ) ) ) ) | Jointly Administered |

**DECLARATION OF ANDREW TORGOVE IN SUPPORT
OF THE APPLICATION OF THE DEBTORS FOR AN ORDER
(I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF
LAZARD MIDDLE MARKET LLC AS INVESTMENT BANKER TO THE DEBTORS
PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE *NUNC
PRO TUNC* TO THE PETITION DATE, AND (II) WAIVING CERTAIN REPORTING
REQUIREMENTS PURSUANT TO DELAWARE LOCAL RULE 2016-2(G)**

|  |  |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss: |
| COUNTY OF NEW YORK | ) |

I, Andrew Torgove, declare under penalty of perjury that:

1. I am a Managing Director of the firm Lazard Middle Market LLC ("<u>LMM</u>" or the "<u>Firm</u>"), which has an office at 11 West 42nd Street, 29th Floor, New York, New York 10036. I am authorized to execute this declaration (the "<u>Declaration</u>") on behalf of LMM. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[2]

2. This Declaration is being submitted in connection with the proposed retention of LMM as investment banker to the debtors and the debtors in possession (collectively, the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] Certain disclosures herein relate to matters within the personal knowledge of other professionals at LMM and are based on information provided by them.

"Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") to perform services as set forth in the application seeking to retain LMM (the "Application").

3. LMM is a subsidiary of Lazard Frères & Co. LLC ("LF&Co."), which is the primary US operating subsidiary of a preeminent international financial advisory and asset management firm. LF&Co., together with its predecessors and affiliates, has been advising clients around the world for over 150 years. LMM has dedicated professionals who provide restructuring services to its clients.

4. The current managing directors, directors, vice presidents and associates of LMM have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in Chapter 11 proceedings. LMM and/or its principals have been involved as advisor to debtor, creditor and equity constituencies in many reorganization cases, including the following chapter 11 proceedings: In re Chem Rx Corporation, Inc., et al., Case No. 10-11567 (Bankr. D. Del. 2010), In re American Safety Razor Company, LLC, et al., Case No. 10-12351 (Bankr. D. Del. 2010), In re True Temper Sports, Inc., et al., Case No. 09-13446 (Bankr. D. Del. 2009), In re Hayes Lemmerz International, Inc., et al., Case No. 09-11655 (Bankr. D. Del. 2009), In re Heartland Automotive Holdings, Inc., et al., Case No. 08-40047 (DML); and In re Inphonic, Inc., et al., Case No. 07-11666 (Bankr. D. Del. 2007). In addition, the current managing directors, directors, vice presidents and associates of LMM's parent company LF&Co. have extensive experience working with financially troubled companies in complex financial restructurings out-of-court and in Chapter 11 proceedings. LF&Co. and its principals have been involved as advisor to debtor, creditor and equity constituencies and government agencies in many reorganization cases. Since 1990, LF&Co.'s professionals have been involved in over 250 restructurings, representing over $1 trillion in debtor assets.

5.  In connection with its proposed retention by the Debtors in these cases, LMM undertook to determine whether LMM had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, LMM obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties-in-interest in these Chapter 11 Cases (the "<u>Potential Parties-in-Interest</u>") and such parties are listed on Schedule 1 annexed hereto. LMM has researched its and its parent company LF&Co.'s electronic client files and records to determine its connections with the Potential Parties-in-Interest. Pursuant to our Engagement Letter[3] with the Debtors, LMM may continue to provide services to affiliates of the Debtors. To the extent that I have been able to ascertain that LMM or LF&Co. has been retained within the last three years to represent any of the other Potential Parties-in-Interest (or their apparent affiliates, as the case may be) in matters unrelated to these cases, such parties are listed on Schedule 2 annexed hereto. LMM's or LF&Co.'s representation of each entity listed on Schedule 2 (or its apparent affiliate, as the case may be), however, was or is only on matters that are unrelated to the Debtors and these cases. Other than as listed on Schedule 2, I am unaware of any engagements of LMM or LF&Co. by the Potential Parties-in-Interest within the last three years. Given the size of LMM and LF&Co. and the breadth of their client bases, it is possible that LMM or LF&Co. may now or in the future be retained by one or more of the Potential Parties-in-Interest in unrelated matters without my knowledge. To the extent that LMM discovers any, or enters into any new, material relationship with Potential Parties-in-Interest, it will supplement this disclosure to the Court promptly.

6.  Also, in addition to the parties listed on Schedule 2, LMM and/or LF&Co. may represent, or may have represented, affiliates of Potential Parties-in-Interest and LMM and/or

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

LF&Co. may have worked with, continue to work with, and/or have mutual clients with, certain accounting and law firms who appear on the Potential Parties-in-Interest list. LMM and/or LF&Co. may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups include, or included, entities that appear on the Potential Parties-in-Interest list.

7. Although we have researched the Potential Parties-in-Interest list, the Debtors may have customers, creditors, competitors and other parties with whom they maintain business relationships that are not included as Potential Parties-in-Interest and with whom we may maintain business relationships. Additionally, as noted above, LMM and LF&Co. are U.S. operating subsidiaries of an international financial advisory and asset management firm and thus have several legally separate and distinct affiliates. Although it is possible that employees of certain affiliates may assist LMM in connection with LMM's engagement, as LMM is the only entity being retained by the Debtors, we have researched only the electronic client files and records of LMM and LF&Co., not of all of its affiliates, to determine connections with any Potential Parties-in-Interest.

8. LF&Co. also has an asset management affiliate, Lazard Asset Management LLC ("LAM"), and an affiliate, Edgewater HoldCo LLC, that holds interests in the management companies for certain private funds (collectively, "Edgewater"). While LF&Co. receives payments from LAM and Edgewater generated by their respective business operations, each of LAM and Edgewater is operated as a separate and distinct affiliate and is separated from LF&Co.'s other businesses. As part of its regular business operations, LAM may act as investment advisor for or trade securities (including in discretionary client accounts, and through

LAM's operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM), including on behalf of creditors, equity holders or other parties in interest in these cases, and LMM or its affiliates, managing directors and employees. Some of these LAM accounts and funds may now or in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equityholders or other parties in interest in these cases, and LAM may have relationships with such parties. Furthermore, some of the investment funds managed by Edgewater may now or in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equityholders or other parties in interest in these cases. Additionally, the Debtors, creditors, equity holders or other parties in interest in these cases, and LMM, LF&Co. or their respective affiliates, managing directors and employees, may be investors in investment funds that are managed by Edgewater. LMM and LF&Co. have in place compliance procedures to ensure that no confidential or non-public information concerning the Debtors has been or will be available to employees of LAM or Edgewater.[4]

9. Other than as disclosed herein, LMM has no relationship with the Debtors of which I am aware after due inquiry.

10. LMM has provided and agrees to continue to provide assistance to the Debtors in accordance with the terms and conditions set forth in the Application, the Engagement Letter and

---

[4] Effective May 10, 2005, Lazard transferred its then existing alternative investments business (which includes fund management and investment, but which did not include (and was prior to LF&Co.'s acquisition of) Edgewater) and capital markets business (which includes equity research, syndicate, sales and trading) to new privately-held companies, Lazard Alternative Investments LLC ("LAI") and Lazard Capital Markets LLC ("LCM"), respectively, which are neither owned nor controlled by LF&Co. LAI and LCM are owned and operated by LFCM Holdings LLC ("LFCM"), which is owned in large part by LF&Co. managing directors. LFCM is separate from LF&Co. and its businesses, including its financial advisory services group and its managing directors and employees advising the Debtors. LFCM does not hold any proprietary interest in any of the Debtors' debt or equity securities . Potential Parties-in-Interest may be customers of LFCM or investors in funds managed by subsidiaries of LFCM and LCM may have acted as underwriter in connection with offerings by Potential Parties-in-Interest (to the extent LCM has so acted as underwriter in the last three years such parties have been listed on Schedule 2).

5

related Indemnification Letter, which are annexed to the Application as Exhibit B. Accordingly, I make this Declaration in support of an order authorizing such retention.

11. It is the intention of LMM to seek compensation for its services as described in the Application and the Engagement Letter in accordance with the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee's Guidelines and any and all rules of this Court.

12. LMM charges its clients for reasonably incurred, out-of-pocket expenses associated with an assignment. Except as necessary to comply with an applicable Administrative Order, all such expense billings are in accordance with the Firm's customary practices.

13. Based upon the foregoing, I believe LMM is disinterested as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest materially adverse to the Debtors or their estates.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge.

Andrew Torgove, Managing Director

# SCHEDULE 1

## Debtors

1. Böwe Systec, Inc.

2. Böwe Bell + Howell Holdings, Inc.

3. BBH, Inc.

4. Böwe Bell + Howell Company

5. Böwe Bell + Howell Postal Systems Company

6. BCC Software, Inc.

7. Böwe Bell + Howell International Ltd.

## Non-Debtor Affiliates

8. Bell + Howell International Acquisition Co. LTD

9. Böwe Bell + Howell Company

10. Böwe Bell + Howell Postal Systems

11. Böwe Bell + Howell Scanners, L.L.C.

## Lenders and Affiliates

12. Harris N.A.

13. General Electric Capital Corporation (as Syndication Agent)

14. National City Bank

15. M&I Marshall & Isley Bank

16. Fifth Third Bank

17. Bank of America, N.A.

18. RZB Finance LLC

19. Green Lane CLO Ltd.

20. Magma CDO Ltd.
21. 1888 Fund, Ltd.
22. Copper River CLO Ltd.
23. Kennecott Funding Ltd.
24. LfcQ LLC
25. Landmark CDO Limited
26. Landmark II CDO Limited
27. Landmark III CDO Limited
28. Landmark IV CDO Limited
29. Landmark VII CDO Ltd.
30. AIB Debt Management Limited
31. Denali Capital CLO IV, Ltd.
32. Denali Capital CLO VI, Ltd.
33. Denali Capital CLO VII, Ltd.
34. Sargas CLO II Ltd.

## Stalking Horse Purchaser

35. Versa Capital Management, Inc.

## Top 20 Creditors

36. Böwe Systec- AG
37. Böwe Cardtec GMBH
38. SAP America, Inc.
39. Broadridge Financial Solutions, Inc.
40. MEP Technologies

2

41. Arrow Electronics
42. Choice Precision Machine Inc.
43. Shelter Mutual Insurance Group
44. TSYS
45. GBR Systems Corp.
46. American Family Insurance Group
47. Lazard Middle Market LLC
48. Pitney Bowes, Inc.
49. VI Manufacturing
50. IMMCO Employees Association
51. SEFAS Innovation Inc.
52. PNC Equipment Finance
53. ETEMCO
54. Remcal Products Corp.
55. CMC srl

**Insurers**

56. Zurich American Insurance Co.
57. Zurich Insurance Group
58. American Guarantee & Liability Insurance Co.
59. CNA
60. Liberty International Underwriters
61. Twin City Fire Insurance Co.
62. Hartford Fire Insurance Co.

63. AGCS Marine Ins. Co.

64. Illinois National Insurance Co.

65. Houston Casualty Company

**Professionals**

66. Focus Management Group

67. PricewaterhouseCoopers LLP

68. Kirkland & Ellis LLP

# SCHEDULE 2

## LAZARD MIDDLE MARKET LLC

None

## LAZARD FRERES & CO. LLC

General Electric Capital Corporation (as Syndication Agent)
SAP America, Inc.