Douglas L. Furth
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, New York 10022
(212) 907-7300
*Counsel to BÖWE SYSTEC GmbH*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
| | |
|---|---|
| **In re** | : **Chapter 11** |
| | : **Case No. 11-11187 (PJW)** |
| **Böwe Systec, Inc., et al.,**[1] | : |
| | : **Jointly Administered** |
| **Debtors.** | : |

------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BÖWE SYSTEC GmbH ("Client"), a creditor in the above-captioned case, by and through its counsel, hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned representatives at the following address and telephone number:

> Douglas L. Furth, Esq.
> Dallas L. Albaugh, Esq.
> GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
> 437 Madison Avenue
> New York, New York 10022
> Tel. No. (212) 907-7300
> Fax No. (212) 754-0330
> Email: dfurth@golenbock.com
>        dalbaugh@golenbock.com

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

*532093.1*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notices, applications, complaints, demands, disclosure statements, motions, orders, petitions, plans of reorganization, pleadings, replies, responses, requests, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, e-mail, facsimile or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Client's (i) right to contest to the personal jurisdiction of the Bankruptcy Court; (ii) right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (iii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Client is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.

Dated: New York, New York  
April 26, 2011

GOLENBOCK EISEMAN ASSOR BELL  
& PESKOE LLP

By: _____  
Douglas L. Furth, Esq.  
437 Madison Avenue  
New York, New York 10022  
(212) 907-7300

*Counsel to BÖWE SYSTEC GmbH*