# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| BÖWE SYSTEC, INC., *et al.*,[1] | ) | |
| | ) | Case No. 11-11187 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned, jointly administered case as counsel to MEP Technologies Inc. and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and Local Rule 2002-1(b), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> Scott E. Blakeley, Esq.
> David M. Mannion, Esq.
> Blakeley & Blakeley LLP
> 100 Park Avenue, Suite 1600
> New York, NY 10017
> Telephone: (212) 984-1033
> Facsimile: (212) 880-6499
> E-Mail: SEB@BlakeleyLLP.com
>        DMannion@BlakeleyLLP.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the not only the notices and papers referred to in the above-mentioned Bankruptcy Rules and Local Rule, but also includes without limitation, all orders, applications, motions, petitions, pleadings,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

1

requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Respectfully submitted,

Dated: April 28, 2011             BLAKELEY & BLAKELEY LLP
       Irvine, California

                                 By: __/s/_____
                                       Scott E. Blakeley
                                       David M. Mannion
                                       100 Park Avenue, Suite 1600
                                       New York, NY 10017
                                       Telephone: (212) 984-1033
                                       Facsimile: (212) 880-6499
                                       Email: SEB@Blakeleyllp.com
                                                   DMannion@Blakeyllp.com
                                       Counsel for MEP Technologies Inc.

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BÖWE SYSTEC, INC., *et al.*,[1] ) | |
| ) | Case No. 11-11187 (PJW) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**CERTIFICATE OF SERVICE**

I, Lauren Thomas, hereby certify that I am not less than 18 years of age, and that on April 28, 2011, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was served via First Class U.S. Mail on the following:

**Debtors' Counsel**
Andrew C. Irgens, Esq.
Drew G. Sloan, Esq.
Lee E. Kaufman, Esq.
Marisa A. Terranova, Esq.
Mark D. Collins, Esq.
Michael Joseph Merchant, Esq.
Tyler D. Semmelman, Esq.
Richards, Layton & Finger P.A.
920 North King Street
One Rodney Square
Wilmington, DE 19801

**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are: Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

**Claims Agent**
Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

                                                /s/ Lauren Thomas
                                                  Lauren Thomas
                                                  BLAKELEY & BLAKELEY LLP
                                                  2 Park Plaza, Suite 400
                                                  Irvine, CA 92614