# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Böwe Systec, Inc., *et al.*,[1] | ) | Case No. 11-11187 (PJW) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

(the "Committee"), a party in interest in the cases of the above-captioned debtors and debtors in

possession, hereby appears by their counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ").

PSZJ hereby enters its appearances pursuant to section 1109(b) of title 11 of the United States

Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing

matrix and service lists in the above-captioned cases.  PSZJ requests, pursuant to Bankruptcy

Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all

notices and pleadings given or required to be given in these chapter 11 cases and copies of all

papers served or required to be served in these chapter 11 cases, including but not limited to, all

notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other

matters arising herein or in any related adversary proceeding, be given and served upon the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001).  The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL  60090.

Committee through service upon PSZJ, at the address, telephone, and facsimile numbers set forth below:

Bruce Grohsgal, Esquire
Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bgrohsgal@pszjlaw.com
bsandler@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

*[Remainder of page intentionally left blank]*

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 29, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Bruce Grohsgal (Bar No. 3583)
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bgrohsgal@pszjlaw.com
        bsandler@pszjlaw.com

[Proposed] Counsel to the Official Committee of
Unsecured Creditors