UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Böwe Systec, Inc., *et al.* | : | Case No. 11-11187 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **B&H Retirees Settlement Fund**, Attn: David A. Schell, 665 N. Irving Street, Allentown, PA 18105-2063, Phone: 610-435-1586, Fax: 610-435-1586

2. **Sefas Innovation, Inc.**, Attn: Florent Descatoire, 20 Mall Road, Suite 210, Burlington, MA 01803, Phone: +33(0)149695212

3. **Choice Precision, Inc.**, Attn: Patrick Thornton, 4380 Commerce Drive, Whitehall, PA, 18052, Phone: 610-502-0994, Fax: 610-502-1109

4. **Britech, Inc.**, Attn: Denise McCall, 775 Robel Road, Allentown, PA 18109, Phone: 610-264-5400, Fax: 610-264-5398

5. **VI Manufacturing Inc.**, Attn: Paul Ozminkowski, 164 Orchard Street, Webster, NY 14580, Phone: 585-872-550 ext 22, Fax: 585-217-8756

ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Juliet M. Sarkessian, for
PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 2, 2011

Attorney assigned to this Case: Juliet M. Sarkessian, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Collins, Esq. Richards Layton & Finger, P.A., Phone: (302) 651-7700, Fax: (302) 498-7531