Bell & Howell

($000)

| Week Ending | 15-Apr EST | Post - Filing 22-Apr BUDGET | 29-Apr BUDGET | 6-May BUDGET | 13-May BUDGET | 20-May BUDGET | 27-May BUDGET | Anticipated Close --> 3-Jun BUDGET | Total Pre Close | Total Per Interim BUDGET | Difference B/(W) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **US** | | | | | | | | | | | |
| PMA/SMA Collections | 3,733 | 2,202 | 2,202 | 2,090 | 3,281 | 1,016 | 1,016 | 1,003 | 12,810 | 14,010 | (1,200) |
| Other Collections | | | | | | | | | | | |
| Equipment/Clicks | 1,350 | 883 | 883 | 787 | 412 | 585 | 585 | 400 | 4,534 | 6,034 | (1,500) |
| Service/Logistics | 231 | 395 | 395 | 225 | 225 | 240 | 240 | 217 | 1,938 | 1,938 | 0 |
| Postal | 0 | 0 | 25 | 125 | 0 | 0 | 19 | 0 | 169 | 169 | 0 |
| BCC | 430 | 183 | 183 | 536 | 536 | 283 | 283 | 250 | 2,254 | 2,254 | 0 |
| Bowe | 0 | 0 | 388 | 0 | 0 | 0 | 0 | 0 | 388 | 388 | 0 |
| **Total Collections** | 5,744 | 3,663 | 4,076 | 3,764 | 4,455 | 2,123 | 2,141 | 1,871 | 22,093 | 24,793 | (2,700) |
| Disbursements: | | | | | | | | | | | |
| Payroll | | | | | | | | | | | |
| BBH | (4,000) | (300) | 0 | (4,000) | 0 | (4,000) | 0 | (4,000) | (12,300) | (12,300) | 0 |
| Fringes | (630) | (224) | (185) | (448) | (239) | (230) | (330) | (346) | (2,002) | (1,910) | (92) |
| BCC | (267) | 0 | (275) | 0 | (250) | 0 | (275) | 0 | (800) | (800) | 0 |
| Total Payroll | (4,897) | (524) | (460) | (4,448) | (489) | (4,230) | (605) | (4,346) | (15,102) | (15,010) | (92) |
| Vendor Payments | | | | | | | | | | | |
| Durham & Wheeling Vendor payments | (1,016) | (615) | (694) | (444) | (569) | (500) | (523) | (500) | (3,845) | (3,698) | (148) |
| BCC Vendor Payments | (16) | (148) | (148) | (144) | (144) | (140) | (140) | (57) | (921) | (921) | 0 |
| Bowe Parts and Components Payments | (279) | (96) | (96) | (414) | (989) | (264) | (314) | (308) | (2,483) | (2,258) | (225) |
| Total Vendor Payments | (1,311) | (859) | (938) | (1,003) | (1,703) | (904) | (977) | (865) | (7,249) | (6,877) | (373) |
| Other Payments | | | | | | | | | | | |
| Facility expense | (327) | 0 | (327) | 0 | (709) | 0 | (327) | 0 | (1,364) | (1,364) | 0 |
| Sale and Use Taxes | (379) | (80) | (120) | 0 | (260) | (463) | 0 | 0 | (923) | (743) | (180) |
| Travel & Entertainment | (206) | 0 | (226) | 0 | (237) | 0 | (226) | 0 | (690) | (690) | 0 |
| Freight | (211) | 0 | (238) | 0 | (248) | (100) | (138) | (100) | (823) | (723) | (100) |
| Professional Services | (268) | 0 | (155) | 0 | (574) | 0 | (155) | 0 | (884) | (884) | 0 |
| Insurance Payments | | 0 | 0 | (126) | 0 | 0 | 0 | (126) | (252) | (252) | 0 |
| Bank Fees | | 0 | 0 | 0 | (12) | 0 | 0 | 0 | (12) | (12) | 0 |
| Federal & State Tax payments | | 0 | (480) | 0 | 0 | 0 | 0 | 0 | (480) | (480) | 0 |
| All Other Corporate Payments | 0 | 0 | 0 | (750) | 0 | 0 | 0 | 0 | (750) | (350) | (400) |
| Miscellaneous Expenses | (163) | (29) | (29) | (174) | (174) | (29) | (29) | (140) | (605) | (605) | 0 |
| Total Other Payments | (1,554) | (109) | (1,575) | (1,051) | (2,214) | (592) | (875) | (366) | (6,783) | (6,103) | (680) |
| Restructuring Expenses | | | | | | | | | | | |
| Deposits and Court Costs | | 0 | 0 | 0 | 0 | (258) | (100) | (100) | (458) | (458) | 0 |
| Debtor's and Committee's Profesional Fees | 0 | 0 | 0 | 0 | (430) | (451) | (441) | (140) | (1,461) | (1,261) | (200) |
| Lenders Professional Fees | 0 | 0 | 0 | 0 | (400) | (320) | (120) | 0 | (840) | (840) | 0 |
| Total Restructuring Expenses | 0 | 0 | 0 | 0 | (830) | (1,028) | (661) | (240) | (2,759) | (2,559) | (200) |
| **Total Disbursements US** | (7,762) | (1,492) | (2,973) | (6,502) | (5,236) | (6,754) | (3,118) | (5,817) | (31,893) | (30,548) | (1,345) |
| Outstanding Checks | | | | | | | | | | | |
| Cash Source / (Use) | (2,018) | 2,171 | 1,103 | (2,738) | (782) | (4,632) | (976) | (3,946) | (9,800) | (5,755) | (4,045) |
| Minimum Cash Balance | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | | |
| Beginning Cash Balance | 5,366 | 2,000 | 508 | 500 | 500 | 500 | 500 | 500 | 2,000 | | |
| Cash Source / (Use) | (2,018) | 2,171 | 1,103 | (2,738) | (782) | (4,632) | (976) | (3,946) | (9,800) | | |
| Borrowing / (Repayment) | (1,349) | (3,663) | (1,111) | 2,738 | 782 | 4,632 | 976 | 3,946 | 8,300 | | |
| Ending Cash Balance | 2,000 | 508 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | |
| **DEBT SUMMARY** | | | | | | | | | | | |
| Pre-Petition Debt | | | | | | | | | | | |
| Beginning Balance | | | | | | | | | | | |
| Term Loan | 72,136 | | | | | | | | | | |
| Revolver | 34,000 | | | | | | | | | | |
| Total Accrued Interest | 14,857 | | | | | | | | | | |
| Total Beginning Balance | 120,993 | 119,644 | 115,981 | 111,905 | 108,141 | 103,686 | 101,564 | 99,422 | 119,644 | | |
| Interest 0% | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Borrowing/(Repayment) | (1,349) | (3,663) | (4,076) | (3,764) | (4,455) | (2,123) | (2,141) | (1,871) | (22,093) | | |
| Ending Balance | 119,644 | 115,981 | 111,905 | 108,141 | 103,686 | 101,564 | 99,422 | 97,551 | 97,551 | | |
| Post-Petition Debt Roll Forward | | | | | | | | | | | |
| Opening Balance | | 0 | 98 | 3,238 | 9,752 | 14,989 | 21,743 | 25,036 | 0 | | |
| Draw / (Pay down) | | 0 | 2,965 | 6,502 | 5,236 | 6,754 | 3,118 | 5,817 | 30,393 | | |
| Lender Fees | | 98 | 175 | 3 | 0 | 0 | 175 | 0 | 451 | | |
| Post-Petition Interest | | 0 | 0 | 10 | 0 | 0 | 0 | 137 | 147 | | |
| Ending Balance | | 98 | 3,238 | 9,752 | 14,989 | 21,743 | 25,036 | 30,991 | 30,991 | | |
| Pre-Petition Debt | | 115,981 | 111,905 | 108,141 | 103,686 | 101,564 | 99,422 | 97,551 | 97,551 | | |
| Post-Petition Funding | | 98 | 3,238 | 9,752 | 14,989 | 21,743 | 25,036 | 30,991 | 30,991 | | |
| **Total Debt** | 119,644 | 116,079 | 115,143 | 117,893 | 118,675 | 123,307 | 124,458 | 128,542 | 128,542 | | |
| Net Increase/(Decrease) in Debt | | (3,565) | (936) | 2,750 | 782 | 4,632 | 1,151 | 4,084 | 8,898 | | |
| Cumulative Increase/(Decrease) in Debt | | (3,565) | (4,501) | (1,750) | (968) | 3,663 | 4,814 | 8,898 | 8,898 | | |

**Bell & Howell**
US Professional Fees
($000)

| | <-- Filing Date 4/22/11 FCST | 4/29/11 FCST | 5/6/11 FCST | 5/13/11 FCST | 5/20/11 FCST | 5/27/11 FCST | 6/3/11 FCST |
|---|---|---|---|---|---|---|---|
| **US** | | | | | | | |
| **PAYMENT:** [2] | | | | | | | |
| **Debtor's Counsels** | | | | | | | |
| Bk Counsel - Richards Layton | - | | - | 210 | 225 | 75 | 40 |
| Counsel to the Board - Sperling & Slater | - | | - | - | - | 20 | - |
| Debtors FA - Focus | - | | - | - | 50 | 120 | - |
| Oliver - Value Creations - Fees | - | | - | - | 34 | 34 | - |
| Oliver - Value Creations - Expenses | - | | - | - | 8 | 8 | - |
| PR - Bowe/BBH | - | | - | - | 24 | 24 | - |
| IB - Lazard | - | | - | 100 | - | - | 100 |
| **UCC Counsel** | | | | | | | |
| UCC Legal Counsel | | | | 100 | 70 | 110 | |
| UCC - FA | | | | 20 | 30 | 50 | |
| **Total Debtor's and Committee's Professional Fees** | - | - | - | 430 | 451 | 441 | 140 |
| **Lenders Counsel** | | | | | | | |
| Lenders Professional Fees | - | | | 400 | 320 | 120 | - |
| **Total Lenders Professional Fees** | - | - | - | 400 | 320 | 120 | - |

**Bell & Howell**
US Bankruptcy and Financing Fees
($000)

| | | | 4/22/2011 | 4/29/2011 | 5/6/2011 | 5/13/2011 | 5/20/2011 | 5/27/2011 | 6/3/2011 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST |
| **US- BANKRUPTCY RELATED FEES and CLAIMS** | | | | | | | | | | |
| Utility Deposits | | | - | | | | (58) | | | (58) |
| Claim's Agent | | | | | · | | (200) | (100) | (50) | (350) |
| US Trustee Fees | | | | | | | | | (50) | (50) |
| US Deposits and Court Costs | | | - | - | - | - | (258) | (100) | (100) | (458) |
| **US- Financing Fees** | | | | | | | | | | |
| | Amount | Max requirement | | | | | | | | |
| Post-Petition Facility | 30,000 | 30,991 | | | | | | | | |
| Lender Professional Fees | | | | (175) | | | | (175) | | (350) |
| Interest paid monthly(1) | 10.0% | | | | (10) | | | | (137) | (147) |
| unused Fee (2) | 1.0% | | | | (3) | | | | (0) | (3) |
| Closing Fee (2) | 2% | (98) | | | | | | | | (98) |
| DIP Related | | | (98) | (175) | (12) | - | - | (175) | (138) | (598) |
| Post-Petition Debt Balance - US | | | 98 | 3,238 | 9,752 | 14,989 | 21,743 | 25,036 | 30,991 | |

SETTLEMENT IS CONTINGENT UPON VERSA ENTITY AS PREVAILING BUYER WITH A CREDIT BID.

1. Non-insider chapter 5 causes of action will be purchased by Purchaser with a covenant not to affirmatively sue, provided, however, Purchaser may sue Bowe Systec; provided, further, Purchaser retains right to defensively assert avoidance actions in the case of disputes with such non-insiders, including for purposes of offset, counterclaim and affirmative defense; purchased actions to include all claims against Harris Bank and other Lenders.

2. Causes of action, if any, against D&Os other than: a) those that were employed by Debtors at the time of filing and will be employed by Purchaser (including as a consultant) after Closing; and b) William McGrath of McDermott Will & Emory; will remain with the estates. All other causes of action (including, without limitation, any causes of action against Harris Bank and other lenders) become property of Purchaser. If such D&O Causes of action that will remain with the estates as provided in this paragraph result in a distribution to GUCs in excess of 20%, then Versa/Purchaser deficiency claim will share pro rata with the GUCs in such excess.

3. Purchaser to fund payment of allowed 503b9 claims in full (either through DIP loan and/or assumption thereof), subject to only resolution of ordinary business disputes, such as account reconciliation.

4. State and Federal income tax refunds left behind to creditor trust, free and clear of any Lender interests, not subject to any deficiency claims.

5. Purchaser contributes additional consideration to estates in amount of $450k plus an additional $250K conditioned upon reduction of Lazard's fees in a like amount; fee reduction to reference existing engagement letter.

6. Committee Professional fee budget revised to reduce BDO (Committee financial advisor) by $50k, and increase Pachulski budget by $50k.

7. In addition to item #6, estates will retain the benefit of: a) any additional savings as compared to the budgeted amounts for Committee professionals (legal and financial) as revised per #6; and b) a maximum of the first $50k of allowed fees for Debtors' legal and financial advisors that are less than the amount allocated in the final DIP budget. Any additional savings with respect to professional fees are for the benefit of the DIP Lender, i.e. their will be no funding obligation with respect thereto.

8. Committee supports bid procedures, sale and dip motions, and entry of orders in current form as filed to the extent modified to incorporate the terms of this agreement; Committee to support $2.0 M Expense Reimbursement and accepts $2.0 M as liquidated claim to the extent such liquidated claim is not paid from funds in #2 (unless GUCs are paid in excess of 20%), ##4 through 7, inclusive; UST right to request supporting documentation.

9. Versa/Purchaser supports settlement and any plan and related orders that treats them in accordance with the terms set forth in this agreement and in a manner not inconsistent with the DIP agreement and related orders and APA and related orders as modified by this agreement.

10. Versa/Purchaser released in both sale order and plan.