**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Böwe Systec, Inc., et al.,[1] | ) ) ) | Case No. 11-11187 (PJW) |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 2, 2011 AT 3:30 P.M.[3]**

I. **UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL/CERTIFICATION OF NO OBJECTION:**

1. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal Certain Documents Related to the Cure Notices Filed in Connection with the Sale of Substantially All of the Debtors' Assets Pursuant to Section (107)(b) of the Bankruptcy Code and Bankruptcy Rule 9018 [Docket No. 134 - filed May 16, 2011]

   Objection Deadline: May 26, 2011 at 4:00 p.m. (EDT)

   Related Documents:

   A. Certification of Counsel Regarding Order Authorizing the Debtors to File Under Seal Certain Documents Related to the Cure Notices Filed in Connection with the Sale of Substantially All of the Debtors' Assets Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 [Docket No. 239 - filed May 31, 2011]

   Objections/Responses Received: Informal comments from the U.S. Trustee.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the June 2, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Wednesday, June 1, 2011** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27,* 2009.

> **Status: On May 31, 2011, the Debtors submitted a revised form of order resolving the comments of the U.S. Trustee under certification of counsel. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.**

2. Debtors' Motion for an Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 178- filed May 19, 2011]

    Objection Deadline: May 26, 2011 at 4:00 p.m. (EDT)

    Related Documents:

    A. **Certification of No Objection Regarding Debtors' Motion for and Order Authorizing the Debtors to File Under Seal Certain Schedules and Statements of Financial Affairs [Docket No. 240 - filed May 31, 2011]**

    Objections/Responses Received: None.

    > **Status: On May 31, 2011, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns. Based on comments received from the U.S. Trustee, the Debtors intend to file amended redacted schedules of assets and liabilities and statements of financial affairs with limited redactions in accordance with the relief requested in the motion.**

## II. UNCONTESTED MATTERS GOING FORWARD:

3. Debtors' Motion for Entry of an Order (A) Setting Bar Dates for Filing Proofs of Claim, Including Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [Docket No. 208 - filed May 24, 2011]

    Objection Deadline: June 1, 2011 at 4:00 p.m. (EDT)

    Related Documents:

    A. Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion for Entry of an Order (A) Setting Bar Dates for Filing Proofs of Claim, Including Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [Docket No. 209 - filed May 24, 2011]

    B. Order Shortening Notice and Objection Periods for the Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion for Entry of an

2

Order (A) Setting Bar Dates for Filing Proofs of Claim, Including Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [Docket No. 214 - filed May 25, 2011]

Responses Received: None to date.

Status: The hearing on this matter will go forward.

4. The Official Committee of Unsecured Creditors' Motion for Approval of Settlement Stipulation Among the Prepetition Secured Parties, the DIP Facility Lenders, the Purchasers, Versa Capital Management, Inc. and the Committee [Docket No. 222 - filed May 26, 2011]

Objection Deadline: June 1, 2011 at 4:00 p.m. (EDT)

Related Documents:

A. Motion to (I) Shorten Time for Hearing and (II) Fix Objection Deadline for The Official Committee of Unsecured Creditors' Motion for Approval of Settlement Stipulation Among the Prepetition Secured Parties, the DIP Facility Lenders, the Purchasers, Versa Capital Management, Inc. and the Committee [Docket No. 223 - filed May 26, 2011]

B. Order Granting Motion to (I) Shorten Time for Hearing and (II) Fix Objection Deadline for The Official Committee of Unsecured Creditors' Motion for Approval of Settlement Stipulation Among the Prepetition Secured Parties, the DIP Facility Lenders, the Purchasers, Versa Capital Management, Inc. and the Committee [Docket No. 234- filed May 27, 2011]

Responses Received: None to date.

Status: The hearing on this matter will go forward.

III. **CONTESTED MATTER GOING FORWARD:**

5. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C)

3

Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [Docket No. 10 - filed April 18, 2011]

<u>Sale Objection Deadline</u>:  May 26, 2011 at 4:00 p.m. (EDT); extended to May 27, 2011 at 4:00 p.m. (EDT) for the U.S. Trustee

<u>Related Documents</u>:

A. Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 65 - filed April 27, 2011]

B. Order (A) Approving Bidding Procedures; and (B) Approving the Form and Manner of Notices Thereof [Docket No. 117 - filed May 12, 2011]

C. Notice of (A) Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Request for Authorization Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 121 - filed May 12, 2011]

D. Notice of Adequate Assurance Information - Contrado BBH Funding, LLC, as Stalking Horse Bidder [Docket No. 124 - filed May 12, 2011]

E. Supplemental Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 132 - filed May 16, 2011]

**Resolved/Continued Responses:**

    i. Informal Response from BPM Geeks, LLC d/b/a BURSYS (no document)

<u>Status</u>:  The parties have consensually resolved this matter.

    ii. Informal Response from Avaya (CIT Communications Finance Corporation) (no document)

<u>Status</u>:  The parties have consensually resolved this matter.

    iii. Informal Response from ETEMCO (Electronic Test Equipment) (no document)

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

iv. Informal Response from AV Weber Company (no document)

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

v. Informal Response from Profile Plastics (no document)

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

vi. Informal Response from Disco Machine (no document)

Status: The parties have consensually resolved this matter.

vii. Informal Response from Shaffner Coffee Company, d/b/a FILTERFRESH to Proposed Cure Amount (no document)

Status: The parties have consensually resolved this matter.

viii. Informal Response from Capgemini North America, Inc. (no document)

Status: The parties have consensually resolved this matter.

ix. Objection of MEP Technologies, Inc. to the Proposed Cure Amount Set Forth in the Debtors' Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets [Docket No. 125 - filed May 12, 2011]

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

x. Objection of CMC SRL to Notice of Executory Contract and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 126 - filed May 13, 2011]

Status: The parties have consensually resolved this matter.

xi. Limited Objection of Choice Precision, Inc. to Notice of Executory Contract and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 131 - filed May 16, 2011]

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xii. Limited Response of Northwood RTC LLP to Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 137 - filed May 16, 2011]

Status: The parties have consensually resolved this matter.

xiii. Objection of Parascript, LLC to the Proposed Cure Amount Set Forth in the Debtors' Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets [Docket No. 139 - filed May 17, 2011]

Status: The parties have consensually resolved this matter.

xiv. Iron Mountain Information Management, Inc.'s Reservation of Rights and Limited Objection to Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 141 - filed May 17, 2011]

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xv. Objection of Life Insurance Company of North America and Cigna Life Insurance Company of New York to Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 142 - filed May 17, 2011]

    a. Supplemental Objection of Life Insurance Company of North America and Cigna Life Insurance Company of New York to Notice of Executory Contracts and Unexpired Leases which may

        be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 225 - filed May 26, 2011]

<u>Status</u>: The parties are working to consensually resolve this matter. To the extent that it is not resolved prior to the hearing, this response is continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT).

xvi. Objection of CIVF I-IL1M02, LLC to Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 143 - filed May 17, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xvii. Limited Objection of General Electric Capital Corporation to the Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 145 - filed May 17, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xviii. Objection of Wessex Technology Opto-Electronic Products LTD. to Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 146 - filed May 17, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xix. Objection of Cross Company d/b/a Cross Automation to the Cure Amount Set Forth in the Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 148 - filed May 17, 2011]

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xx. Limited Response of PNC Equipment Finance, LLC and PNC Bank Canada Branch to Debtors' Cure Notice [Docket No. 149 - filed May 17, 2011]

Status: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xxi. Objection of Toshiba International Corporation to Debtors' Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 150 - filed May 17, 2011]

Status: The parties are working to consensually resolve this matter. To the extent that it is not resolved prior to the hearing, this response is continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT).

xxii. Objection of GBR Systems Corporation to Proposed Cure Amount [Docket No. 156 - filed May 16, 2011]

Status: The parties have consensually resolved this matter.

xxiii. Oracle America, Inc's and Oracle Corporation's Objection and Reservation of Rights to (I) Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) and (II) Notice of Executory Contracts and Unexpired Leases Which May be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code in Connection With the Sale of Substantially all of the

8

Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 179 - filed May 19, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xxiv. Limited Objection of AR Metalcrafters LLC to Notice of Executory Contracts and Unexpired Lease Which May Be Assumed and Assigned, Pursuant to Section 362 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 180 - filed May 19, 2011]

  a. Exhibit to Limited Objection of AR Metalcrafters LLC to Notice of Executory Contracts and Unexpired Lease Which May Be Assumed and Assigned, Pursuant to Section 362 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 183 - filed May 20, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

xxv. Limited Objection of Zurich American Insurance Company of Proposed Sale [Docket No. 226 - filed May 26, 2011]

<u>Status</u>: This response has been continued to the hearing scheduled for June 15, 2011 at 3:00 p.m. (EDT) while the parties continue to work towards a consensual resolution.

**<u>Responses Going Forward</u>:**

xxvi. Objection of the United States of America to the Notice of Executory Contracts And Unexpired Leases Which May be Assumed And Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 144 - filed May 17, 2011]

  a. Objection to Sale Motion [Docket No. 224 - filed May 26, 2011]

<u>Status</u>: The parties are continuing to work toward a consensual resolution of this matter. The hearing on this matter will go forward.

xxvii. Objection of CIVF I-IL1M02, LLC to Debtors' Sale Motion In So Far as it Seeks an Extension of the Deadline to Assume or Reject Leases Pursuant to 365(d)(4) [Docket No. 219 - filed May 26, 2011]

9

<u>Status</u>:  The hearing on this matter will go forward.

xxviii. Objection to Debtors' Notice to Assume and Assign Contracts with Sefas Innovations Inc. and Fix Cure Costs Associated Therewith [Docket No. 220 - filed May 26, 2011]

<u>Status</u>: The parties are continuing to work toward a consensual resolution of this matter.  The hearing on this matter will go forward.

xxix. Objection of PNC Equipment Finance, LLC and PNC Bank Canada Branch to Debtors' Sale Motion [Docket No. 227 - filed May 26, 2011]

<u>Status</u>: The hearing on this matter will go forward.

xxx. Reservation of Rights and Limited Objection [Docket No. 228 - filed May 26, 2011] (filed by Northwood RTC LLP)

x**xxxi.  Informal comments from the U.S. Trustee on the proposed form of sale order (no document)**

<u>**Status:** </u>**The hearing on this matter will go forward.**

Dated: May 31, 2011                                 Respectfully submitted,
       Wilmington, Delaware

                                                    */s/ Lee E. Kaufman*
                                                    Mark D. Collins (No. 2981)
                                                    Michael J. Merchant (No. 3854)
                                                    Lee E. Kaufman (No. 4877)
                                                    Marisa A. Terranova (No. 5396)
                                                    RICHARDS, LAYTON & FINGER, P.A.
                                                    One Rodney Square
                                                    920 North King Street
                                                    Wilmington, Delaware 19801
                                                    Telephone:  (302) 651-7700
                                                    Facsimile:  (302) 651-7701

                                                    *Attorneys for the Debtors and
                                                    Debtors-in-Possession*