# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Böwe Systec, Inc., <u>et al.</u>,[1] | Case No. 11-11187 (PJW) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 121 |

**AFFIDAVIT OF PUBLICATION OF ALBERT FOX OF NOTICE OF (A) SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) REQUEST FOR AUTHORIZATION RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN THE WALL STREET JOURNAL**

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

RLF1 4057270v. 1

# AFFIDAVIT

STATE OF TEXAS )
)
CITY AND COUNTRY OF DALLAS)

I, Albert Fox, being duly sworn, depose and say that I am

of THE WALL STREET JOURNAL, a daily national news

the United States, and that the notice attached to this Af

published in THE WALL STREET JOURNAL for Nationa

1 insertion(s) on the following date(s):

MAY-16-2011;

ADVERTISER: Bowe Systec, Inc., et al;

and that the foregoing statements are true and correct t

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

In re: Böwe Systec, Inc., et al.,[1] Debtors.

Chapter 11
Case No.: 11-11187 (PJW)
(Jointly Administered)

### NOTICE OF (A) SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, AND (B) REQUEST FOR AUTHORIZATION RELATING TO THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

1. On April 18, 2011, each of the above captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Pursuant to the Order (A) Approving Bidding Procedures, and (B) Approving the Form and Manner of Notices Thereof (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on May 12, 2011, the Debtors are selling substantially all of their assets (the "Assets") related to the Debtors' business free and clear of all liens, claims, encumbrances and interests to the fullest extent allowable under the Bankruptcy Code and assuming and assigning certain executory contracts and unexpired leases. Capitalized terms not otherwise defined herein shall have the meaning given to them in the bidding procedures approved as part of the Bidding Procedures Order.

2. All documents filed with the Bankruptcy Court in connection with these chapter 11 cases and the proposed Sale, including the Motion, the Bidding Procedures Order (with attached Bidding Procedures) the Stalking Horse Agreement, and the Stalking Horse Adequate Assurance Notice and, if applicable, the adequate assurance information of other Bidders, are available by accessing the Court's docket, https://ecf.deb.uscourts.gov, or by calling the Debtors' claims and noticing agent, The Garden City Group, Inc. at 1-888-885-9697 or contacting Patrick Leathem at Patrick.Leathem@gcginc.com.

3. Any person that wishes to participate in the bidding process must deliver (unless previously delivered) the Required Bid Materials set forth in the Bidding Procedures (via email in .pdf or similar format) to the following parties: (i) the Debtors, Bowe Bell + Howell Holdings, Inc., 760 S. Wolf Road, Wheeling, Illinois 60090 (Attn: Oliver Bialowons (Oliver.Bialowons@bowebellhowell.com)); (ii) counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. (Collins@rlf.com) and Michael J. Merchant, Esq. (Merchant@rlf.com)); (iii) investment banker to the Debtors, Lazard Middle Markets, 11 West 42nd Street, New York, New York 10036 (Attn: Andrew Torgove (Andrew.Torgove@lazardmm.com)); (iv) counsel to the Purchasers, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: David L. Eaton, Esq. (deaton@kirkland.com) and James A. Stempel, Esq. (jstempel@kirkland.com)) (provided, however, that confidential information with respect to financing sources need not be provided to the Purchasers); and (v) counsel to the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bruce Grohsgal, Esq. (bgrohsgal@pszjlaw.com) and Bradford J. Sandler, Esq. (bsandler@pszjlaw.com)), so as to be received not later than 5:00 p.m. (prevailing Eastern Time) on May 26, 2011 (the "Bid Deadline").

4. If a Qualified Bid, other than that submitted by the Purchasers, has been received by the Debtors, the Debtors may conduct an auction (the "Auction") with respect to all or some of the Assets. The Auction shall be conducted at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 at 10:00 a.m. (prevailing Eastern Time) on May 31, 2011, or such other place and time as the Debtors shall notify the Official Committee of Unsecured Creditors, the Office of the United States Trustee, the Purchasers, all Qualified Bidders who have submitted Qualified Bids and expressed their intent to participate in the Auction and any creditor that has indicated to counsel to the Debtors that it wishes to attend the Auction.

5. A hearing to approve the Sale (the "Sale Hearing") to the Highest and Best Bidder will be held at 3:30 p.m. (prevailing Eastern Time) on June 2, 2011 unless otherwise continued pursuant to the terms of the Bidding Procedures. The Sale Hearing will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Objections, if any, to any Sale, to the assumption and assignment of a party's executory contract and/or unexpired lease, or to that portion of the Motion that seeks to extend the deadline to assume or reject unexpired leases, must be filed by May 26, 2011 at 4:00 p.m. (prevailing Eastern Time) (the "Sale Objection Deadline"). At the same time, you must also serve a copy of the objection on the following parties so as to be received on or before the Sale Objection Deadline: (i) the Debtors' counsel, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. and Michael J. Merchant, Esq.) (Facsimile: 302-651-7701); (ii) the Debtors, Böwe Bell + Howell Holdings, Inc., 760 S. Wolf Road, Wheeling, Illinois 60090 (Attn: Oliver Bialowons) (Facsimile: 847-423-7321); (iii) the counsel for the Official Committee of Unsecured Creditors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, Delaware 19899 (Attn: Bruce Grohsgal, Esq. and Bradford J. Sandler, Esq.) (Facsimile: 302-652-4400); (iv) counsel to the Purchasers, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654 (Attn: David L. Eaton, Esq. and James A. Stempel, Esq.) (Facsimile: 312-862-2200); and (v) the Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Juliet Sarkessian, Esq.) (Facsimile: 302-573-6497).

6. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Attorneys for Debtors and Debtors in Possession

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

Sworn to before me this
16 day of May 2011

_____
Notary Public



DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014

# AFFIDAVIT

STATE OF TEXAS              )
                            )
CITY AND COUNTRY OF DALLAS)

I, Albert Fox, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1   insertion(s) on the following date(s):

MAY-16-2011;

ADVERTISER: Bowe Systec, Inc., et al;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
16   day of   May        2011

_____
Notary Public



DONNA HESTER
Notary Public, State of Texas
My Commission Expires
October 29, 2014