# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Böwe Systec, Inc., et al.,[1] | ) | Case No. 11-11187 (PJW) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket Nos. 10, 261 & 303 |

## NOTICE OF CLOSING DATE OF SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND REQUEST FOR THE CLERK'S OFFICE TO EFFECTUATE NAME CHANGE ORDER

PLEASE TAKE NOTICE that on April 18, 2011, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases*

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Böwe Systec, Inc. (1423), Böwe Bell + Howell Holdings, Inc. (9926), BBH, Inc. (9928), Böwe Bell + Howell Company (0100), Böwe Bell + Howell Postal Systems Company (4944), BCC Software, Inc. (3481) and Böwe Bell + Howell International Ltd. (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

*of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4)* [Docket No. 10][2] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on June 2, 2011, the Bankruptcy Court entered the *Order (A) Approving Purchase Agreement Between Debtors and Highest and Best Bidder; (B) Authorizing Sale of Acquired Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith* [Docket No. 261] (the "Sale Order"), which, *inter alia*, approved the sale of substantially all of the Debtors' assets (the "Sale") to Contrado BBH Funding, LLC and a Canadian corporation to be formed prior to closing pursuant to an Asset Purchase Agreement dated April 18, 2011 (the "Purchase Agreement").

PLEASE TAKE FURTHER NOTICE that on June 15, 2011, in furtherance of the relief authorized by the Sale Order, the Bankruptcy Court entered the *Order (I) Authorizing Debtors to Amend Corporate Names in Connection with the Sale of Substantially All of the Debtors' Assets and (II) Approving Modification of Jointly Administered Case Caption* [Docket No. 303] (the "Name Change Order"), which, *inter alia*, authorized the Debtors to implement corporate and company name changes in accordance with Section 6.6 of the Purchase Agreement and directed the Clerk of the Bankruptcy Court to make certain docket entries consistent with the such changes. The effectiveness and enforceability of the Name Change Order, however, was subject to the Debtors filing a notice indicating that the Sale has closed.

---

[2] Capitalized terms used but not defined herein shall have the same meanings set forth in the Motion.

PLEASE TAKE FURTHER NOTICE that (i) the Sale closed on June 23, 2011, in accordance with the terms of the Purchase Agreement and (ii) the Name Change Order is now effective and enforceable and the Clerk of the Bankruptcy Court may implement the docket entries directed by the Bankruptcy Court under the Name Change Order.

Dated: June 24, 2011
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Debtors and
Debtors in Possession*