## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
Mail Systems Liquidation, Inc., et al.,[1]  )    Case No. 11-11187 (PJW)
                                            )
       Debtors.                             )    Jointly Administered
                                            )
_____ )

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NASSAU       )

I, Matthew L. Corwin, being duly sworn, depose and state:

1. I am a Project Supervisor with The Garden City Group, Inc., the notice, claims, and balloting agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On July 13, 2011, at the direction of Richards, Layton & Finger P.A., counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

//

- Amended Order (A) Approving Purchase Agreement Between Debtors and Highest and Best Bidder; (B) Authorizing Sale of Acquired Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith [Docket No. 354].

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number of each of the debtors, are Mail Systems Liquidation, Inc. (f/k/a Böwe Systec, Inc.) (1423), Holdings Liquidation, Inc. (f/k/a Böwe Bell + Howell Holdings, Inc.) (9926), Mail Liquidation, Inc. (f/k/a BBH, Inc.) (9928), Company + Liquidation, Inc. (f/k/a Böwe Bell + Howell Company) (0100), Postal Liquidation, Inc. (f/k/a Böwe Bell + Howell Postal Systems Company) (4944), Mail Software Liquidation, Inc. (f/k/a BCC Software, Inc.) (3481) and 4461029 Canada Inc. (f/k/a Böwe Bell + Howell International Ltd.) (0001). The debtors' corporate offices are located at 760 S. Wolf Road Wheeling, IL 60090.

1

/s/ Matthew L. Corwin
                                                               Matthew L. Corwin

Sworn to before me this 15th day of
July, 2011


/s/ Gina Ziegler
Gina Ziegler
Notary Public, State of New York
No. 01ZI6060719
Qualified in Nassau County
Commission Expires July 2, 2015

# EXHIBIT A

| | |
|---|---|
| AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>ATTN GILBERT B. WEISMAN, ESQ.<br>POB 3001<br>MALVERN, PA 19355-0701 | ARCHER & GREINER, P.C.<br>ATTN JOHN V. FIORELLA, ESQ.<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 |
| ATTORNEY GENERAL J.B. VAN HOLLEN<br>114 EAST STATE CAPITOL<br>MADISON, WI 53707-7857 | ATTORNEY GENERAL'S OFFICE<br>ATTORNEY GENERAL ROY COOPER<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 |
| AUTOMOTIVE RENTALS, INC.<br>ATTN RICHARD E. MOYER<br>CREDIT & LITIGATION SUPERVISOR<br>9000 MIDLANTIC DRIVE<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 | BELL & HOWELL RETIREES SETTLEMENT FUND<br>DAVID A. SCHELL, ADMINISTRATOR<br>665 NORTH IRVING STREET<br>ALLENTOWN, PA 18109 |
| BLAKELEY & BLAKELEY LLP<br>ATTN DAVID M. MANNION, ESQ.<br>100 PARK AVENUE, SUITE 1600<br>NEW YORK, NY 10017 | BLAKELEY & BLAKELEY LLP<br>ATTN SCOTT E. BLAKELEY, ESQ.<br>100 PARK AVENUE, SUITE 1600<br>NEW YORK, NY 10017 |
| BROWN & CONNERY, LLP<br>ATTN DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | CAPEHART & SCATCHARD, P.A.<br>ATTN WILLIAM G. WRIGHT, ESQ.<br>8000 MIDLANTIC DR, STE 300 S<br>MT. LAUREL, NJ 08054 |
| CAPGEMINI NORTH AMERICA, INC.<br>ATTN STACEY KUCH, ASST GENERAL COUNSEL<br>10 EXCHANGE PLACE, 8TH FLOOR<br>JERSEY CITY, NJ 07311 | CURTIN & HEEFNER LLP<br>ATTN ROBERT SZWAJKOS, ESQ.<br>250 N. PENNSYLVANIA AVENUE<br>MORRISVILLE, PA 19067 |
| DELAWARE SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 898<br>DOVER, DE 19903 | DELAWARE SECRETARY OF TREASURY<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX DIVISION<br>P.O. BOX 7040<br>DOVER, DE 19903 |
| DIVISION OF UNEMPLOYMENT INS.<br>DEPARTMENT OF LABOR<br>4425 N. MARKET STREET<br>WILMINGTON, DE 19801 | ELLIOTT GREENLEAF<br>ATTN JONATHAN M. STEMERMAN, ESQ.<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 |
| ELLIOTT GREENLEAF<br>ATTN RAFAEL X. ZAHRALDDIN-ARAVENA, ESQ.<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 | ELLIOTT GREENLEAF<br>ATTN SHELLEY A. KINSELLA, ESQ.<br>1105 NORTH MARKET STREET, SUITE 1700<br>WILMINGTON, DE 19801 |
| FOX, HEFTER, SWIBEL, LEVIN & CARROLL,LLP<br>ATTN MARGARET M. ANDERSON, ESQ.<br>200 WEST MADISON STREET, SUITE 3000<br>CHICAGO, IL 60606 | GOLENBOCK EISEMAN ASSOR BELL & PESKOE<br>ATTN DALLAS L. ALBAUGH, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |

| | |
|---|---|
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE<br>ATTN DOUGLAS L. FURTH, ESQ.<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | HOLLAND & HART LLP<br>ATTN RISA LYNN WOLF-SMITH, ESQ.<br>555 SEVENTEENTH STREET, SUITE 3200<br>DENVER, CO 80202 |
| IKON OFFICE SOLUTIONS<br>RECOVERY & BANKRUPTCY GROUP<br>3920 ARKWRIGHT ROAD, SUITE 400<br>MACON, GA 31210 | ILLINOIS ATTORNEY GENERAL<br>LISA MADIGAN<br>CHICAGO MAIN OFFICE<br>100 WEST RANDOLPH STREET<br>CHICAGO, IL 60601 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JACKSON WALKER L.L.P.<br>ATTN BRUCE J. RUZINSKY, ESQ.<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 |
| JACKSON WALKER L.L.P.<br>ATTN D. ELAINE CONWAY, ESQ.<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 | JACKSON WALKER L.L.P.<br>ATTN HEATHER M. FORREST, ESQ.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 |
| JACKSON WALKER L.L.P.<br>ATTN KELLY L. CAVAZOS, ESQ.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | KIRKLAND & ELLIS LLP<br>ATTENTION: LEONARD KLINGBAUM, ESQ.<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| KIRKLAND & ELLIS LLP<br>ATTN ARUN KURICHETY, ESQ.<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 | KIRKLAND & ELLIS LLP<br>ATTN DAVID L. EATON, ESQ<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 |
| KIRKLAND & ELLIS LLP<br>ATTN JAMES A. STEMPEL, ESQ.<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN JOHN P. DILLMAN, ESQ.<br>P O BOX 3064<br>HOUSTON, TX 77253-3064 | MAGNOZZI & KYE, LLP<br>ATTN AMISH R. DOSHI, ESQ.<br>ONE EXPRESSWAY PLAZA, SUITE 114<br>ROSLYN HEIGHTS, NY 11577 |
| MCDERMOTT WILL & EMERY LLP<br>WILLIAM J. MCGRATH, PC, PARTNER<br>227 WEST MONROE STREET<br>CHICAGO, IL 60606-5096 | MCELROY, DEUTSCH, MULVANEY & CARPENTER<br>ATTN JEFFREY BERNSTEIN, ESQ.<br>THREE GATEWAY CENTER<br>100 MULBERRY ST.<br>NEWARK, NJ 07102 |
| MINISTRY OF REVENUE<br>INSOLVENCY UNIT<br>ATTN ROBERT DOW<br>33 KING STREET WEST, 6TH FLOOR<br>OSHAWA ON L1H 8H5 CANADA | MISSOURI ATTORNEY GENERAL OFFICE<br>MISSOURI DEPARTMENT OF REVENUE<br>ATTN SHERYL L. MOREAU, BANKRUPTCY UNIT<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 |

| | |
|---|---|
| MORRIS JAMES LLP<br>ATTN BRETT D. FALLON, ESQ.<br>500 DELAWARE AVENUE, SUITE 1500<br>P.O. BOX 2306<br>WILMINGTON, DE 19899-2306 | MORRIS JAMES LLP<br>ATTN CARL N. KUNZ, III, ESQ.<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 |
| NEW YORK ATTORNEY GENERAL<br>ATTN: ERIC SCHNEIDERMAN<br>THE CAPITOL 2ND FLOOR<br>ALBANY, NY 12224-0341 | OFFICE OF THE ATTORNEY GENERAL<br>ATTN: DOUGLAS F. GANSLER<br>200 ST. PAUL PLACE<br>BALTIMORE, MD 21201 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JULIET SARKESSIAN<br>844 KING STREET, SUITE 2207<br>WILMINGTON, DE 19801 | OKLAHOMA COUNTY TREASURER<br>ATTN GRETCHEN CRAWFORD<br>ASSISTANT DISTRICT ATTORNEY<br>320 ROBERT S. KERR, ROOM 307<br>OKLAHOMA CITY, OK 73102 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN BRADFORD J. SANDLER, ESQ.<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON, DE 19801 | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN BRUCE GROHSGAL, ESQ.<br>919 N. MARKET STREET, 17TH FLOOR<br>P.O. BOX 8705<br>WILMINGTON, DE 19801 |
| PATRICK M. LEATHEM<br>ASS'T DIRECTOR, BANKRUPTCY OPERATIONS<br>C/O GCG, INC.<br>1985 MARCUS AVENUE, SUITE 200<br>LAKE SUCCESS, NY 11042 | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>16TH FLOOR, STRAWBERRY SQUARE<br>HARRISBURG, PA 17120 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN MERRILL BOONE<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W., SUITE 340<br>WASHINGTON, DC 20005-4026 | REED SMITH LLP<br>ATTN AMY M. TONTI, ESQ.<br>REED SMITH CENTRE<br>225 FIFTH AVENUE<br>PITTSBURGH, PA 15222-2716 |
| REED SMITH LLP<br>ATTN KATHLEEN A. MURPHY, ESQ.<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | REED SMITH LLP<br>C/O REED SMITH LLP<br>ATTN KIMBERLY E.C. LAWSON<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| RICHARDS, LAYTON & FINGER<br>ATTN: MARISSA TERRANOVA, ESQ.<br>ONE RODNEY SQUARE<br>WILMINGTON, DE 19801 | RICHARDS, LAYTON & FINGER<br>ATTN: MARK D. COLLINS, ESQ.<br>ONE RODNEY SQUARE<br>WILMINGTON, DE 19801 |
| SECURITIES & EXCHANGE COMMISSION<br>OFFICE OF THE GENERAL COUNSEL<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SETTLEMENT CLAIMS FUND<br>C/O THORP REED & ARMSTRONG, LLP<br>ATTN: LISA CARNEY ELDRIDGE, ESQ.<br>ONE COMMERCE SQUARE<br>2005 MARKET ST. SUITE 190<br>PHILADELPHIA, PA 19103 |
| SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN MICHAEL P. MIGLIORE, ESQ.<br>THE CORPORATE PLAZA<br>800 DELAWARE AVENUE, 10TH FLOOR<br>P.O. BOX 410 (COURIER 19801)<br>WILMINGTON, DE 19899 | STATE OF DELAWARE<br>DIVISION OF REVENUE-8TH FLOOR<br>ATTN: RANDY R. WELLER-MS#25<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801-0820 |

| | |
|---|---|
| TEXAS ATTORNEY GENERAL<br>ATTN: GREG ABBOTT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | THE ABERNATHY MACGREGOR GROUP<br>ATTN: RIVIAN BELL, SR. COUNSELOR<br>707 WILSHIRE BLVD. STE. 3950<br>LOS ANGELES, CA 90017 |
| THE GARDEN CITY GROUP, INC.<br>ATTN: CRAIG JOHNSON<br>190 S. LASALLE STREET<br>SUITE 1520<br>CHICAGO, IL 60603 | THE UNITED STATES ATTORNEY'S OFFICE<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>P. O. BOX 1858<br>GREENSBORO, NC 27402 |
| THE UNITED STATES ATTORNEY'S OFFICE<br>NORTHERN DISTRICT OF TEXAS<br>EARLE CABELL FEDERAL BUILDING<br>1100 COMMERCE STREET<br>SUITE 300<br>DALLAS, TX 75242-1699 | TW TELECOM INC.<br>ATTN LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| U. S ATTORNEYS OFFICE<br>ATTN: CHARLES M OBERLY, ELLEN W SLIGHTS<br>1007 NORTH ORANGE STREET, SUITE 700<br>P.O. BOX 2046<br>WILMINGTON, DE 19899-2046 | U.S. ATTORNEY'S OFFICE<br>ATTN: ROD J ROSENSTEIN<br>DISTRICT OF MARYLAND<br>36 S. CHARLES STREET 4TH FL.<br>BALTIMORE, MD 21201 |
| UNITED STATES ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF NEW YORK<br>100 STATE STREET<br>620 FEDERAL BUILDING<br>ROCHESTER, NY 14614 | UNITED STATES ATTORNEY'S OFFICE<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA 19106 |
| UNITED STATES ATTORNEY'S OFFICE<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION<br>219 S. DEARBORN ST., 5TH FLOOR<br>CHICAGO, IL 60604 | UNITED STATES ATTORNEY'S OFFICE<br>WESTERN DISTRICT OF WISCONSIN<br>P.O. BOX 1585<br>MADISON, WI 53701-1585 |
| US DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>ATTN: ERIC H. HOLDER., ESQ.<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN EDMON L. MORTON, ESQ.<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN JUSTIN P. DUDA, ESQ.<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN ROBERT S. BRADY, ESQ.<br>THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 |