# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Mail Systems Liquidation, Inc., <u>et al.</u>,[1] | ) Case No. 11-11187 (PJW) |
| Debtors. | ) Jointly Administered |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON NOVEMBER 15, 2011 AT 10:30 A.M. (EST)[3]

## I. CONTINUED MATTERS:

1. Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) [Docket No. 10 - filed April 18, 2011]

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, are Mail Systems Liquidation, Inc. (f/k/a Böwe Systec, Inc.) (1423), Holdings Liquidation, Inc. (f/k/a Böwe Bell + Howell Holdings, Inc.) (9926), Mail Liquidation, Inc. (f/k/a BBH, Inc.) (9928), Company + Liquidation, Inc. (f/k/a Böwe Bell + Howell Company) (0100), Postal Liquidation, Inc. (f/k/a Böwe Bell + Howell Postal Systems Company) (4944), Mail Software Liquidation, Inc. (f/k/a BCC Software, Inc.) (3481) and 4461029 Canada Inc. (f/k/a Böwe Bell + Howell International Ltd.) (0001). The debtors' corporate offices are located at 760 S. Wolf Road, Wheeling, IL 60090.

[2] **Amended items appear in bold.**

[3] The hearing will be held before The Honorable Peter J. Walsh at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the November 15, 2011 hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EST) on Monday, November 14, 2011 in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

RLF1 5586292v. 1

<u>Sale Objection Deadline</u>: May 26, 2011 at 4:00 p.m. (EDT); extended to May 27, 2011 at 4:00 p.m. (EDT) for the U.S. Trustee

<u>Related Documents</u>:

A. Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 65 - filed April 27, 2011]

B. Order (A) Approving Bidding Procedures; and (B) Approving the Form and Manner of Notices Thereof [Docket No. 117 - entered May 12, 2011]

C. Notice of (A) Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances and Interests, and (B) Request for Authorization Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 121 - filed May 12, 2011]

D. Notice of Adequate Assurance Information - Contrado BBH Funding, LLC, as Stalking Horse Bidder [Docket No. 124 - filed May 12, 2011]

E. Supplemental Notice of Executory Contracts and Unexpired Leases which may be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 132 - filed May 16, 2011]

F. Order (A) Approving Purchase Agreement Between Debtors and Highest and Best Bidder; (B) Authorizing Sale of Acquired Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (C) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith [Docket No. 261 - entered June 2, 2011]

<u>Objections/Responses</u>:

i. Informal Response from AV Weber Company (no document)

ii. Informal Response from Profile Plastics (no document)

iii. Limited Objection of Choice Precision, Inc. to Notice of Executory Contract and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially all of the Debtors' Assets and the Proposed Cure Amounts with Respect thereto [Docket No. 131 - filed May 16, 2011]

iv. Objection of CIVF I-IL1M02, LLC to Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 143 - filed May 17, 2011]

v. Limited Objection of General Electric Capital Corporation to the Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 145 - filed May 17, 2011]

vi. Oracle America, Inc's and Oracle Corporation's Objection and Reservation of Rights to (I) Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363, and 365, and Bankruptcy Rules 2002, 6004, and 6006 for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Substantially All of the Debtors' Assets; (B) Approving Related Bid Protections; (C) Scheduling an Auction and Sale Hearing; (D) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assigned; and (E) Granting Certain Related Relief; and (II) Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (C) Establishing Assumption and Rejection Procedures for Certain Additional Executory Contracts and Unexpired Leases; and (D) Extending the Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to 11 U.S.C. § 365(d)(4) and (II) Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code in Connection With the Sale of Substantially all of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 179 - filed May 19, 2011]

vii. Limited Objection of AR Metalcrafters LLC to Notice of Executory Contracts and Unexpired Lease Which May Be Assumed and Assigned, Pursuant to Section 362 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 180 - filed May 19, 2011]

  a. Exhibit to Limited Objection of AR Metalcrafters LLC to Notice of Executory Contracts and Unexpired Lease Which May Be Assumed and Assigned, Pursuant to Section 362 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the

Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 183 - filed May 20, 2011]

viii. Limited Objection of Zurich American Insurance Company of Proposed Sale [Docket No. 226 - filed May 26, 2011]

xi. Limited Objection of Banc of America Leasing & Capital LLC to Debtor's Notice of Executory Contracts and Unexpired Leases Which May Be Assumed and Assigned, Pursuant to Section 365 of the Bankruptcy Code, in Connection with the Sale of Substantially All of the Debtors' Assets and the Proposed Cure Amounts with Respect Thereto [Docket No. 327 - filed June 28, 2011]

Status: Each of the above-listed objections/responses are continued to the hearing scheduled for December 14, 2011 at 9:30 a.m. (EST).

2. Motion of CIVF I-IL1M02, LLC to Compel Debtors to Timely Comply with Their Obligations Under 11 U.S.C. § 365(d)(3) [Docket No. 304 - filed June 15, 2011]

Objection Deadline: June 30, 2011 at 4:00 p.m. (EDT); extended to July 1, 2011 at 4:00 p.m. (EDT) for the Debtors

Related Documents: None.

Objections/Responses: None.

Status: The hearing on this matter has been continued to the hearing scheduled for December 14, 2011 at 9:30 a.m.(EST).

## II. UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

3. Application of the Retiree Committee for Order Authorizing and Approving the Retention of Stahl Cowen Crowley Addis LLC as Counsel [Docket No. 494 - filed October 14, 2011]

Objection Deadline: November 8, 2011 at 4:00 p.m. (EST)

Related Documents:

**A. Supplemental Declaration of Jon Cohen Pursuant to Fed. R. Bankr. P. 2014 in Support of Application of the Retiree Committee for Order Authorizing and Approving the Retention of Stahl Cowen Crowley Addis, LLC as Counsel [Docket No. 541 - filed November 11, 2011]**

    **B.**     **Certificate of No Objection Regarding Docket No. 494 [Docket No. 543 - filed November 11, 2011]**

Objections/Responses:  Informal comments from the United States Trustee.

**Status: On November 11, 2011, the Retiree Committee filed a supplemental declaration in support of this retention application which resolved the comments received from the United States Trustee.  Following the submission of the supplemental declaration, the Retiree Committee filed a certificate of no objection with respect to this matter.  Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.**

4.     Application of the Retiree Committee for Order Authorizing and Approving the Retention of Thorp Reed & Armstrong LLP as Co-Counsel [Docket No. 495 - filed October 14, 2011]

Objection Deadline:  November 8, 2011 at 4:00 p.m. (EST)

Related Documents:

    **A.**     **Supplemental Declaration of Jeffrey M. Carbino Pursuant to Fed. R. Bankr. P. 2014 in Support of Application of the Retiree Committee for Order Authorizing and Approving the Retention of Thorp Reed & Armstrong LLP as Co-Counsel [Docket No. 542 - filed November 11, 2011]**

    **B.**     **Certificate of No Objection Regarding Docket No. 495 [Docket No. 544 - filed November 11, 2011]**

Objections/Responses:  Informal comments from the United States Trustee.

**Status: On November 11, 2011, the Retiree Committee filed a supplemental declaration in support of this retention application which resolved the comments received from the United States Trustee.  Following the submission of the supplemental declaration, the Retiree Committee filed a certificate of no objection with respect to this matter.  Accordingly, no hearing on this matter is necessary unless the Court has questions or concerns.**

RLF1 5586292v. 1

Dated: November 14, 2011
      Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Lee E. Kaufman (No. 4877)
Marisa A. Terranova (No. 5396)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Attorneys for the Debtors and Debtors-in-Possession*